IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| NORTHEAST GEORGIA | ) | |
|   ANESTHESIA SERVICES, INC. | ) | CASE NO: 17-22189-jrs |
| | ) | |
|   Debtors. | ) | |
| | ) | |
| | ) | |
| BB&T COMMERCIAL | ) | |
| EQUIPMENT CAPITAL CORP. | ) | |
| | ) | |
|   Movant, | ) | |
| | ) | **CONTESTED MATTER** |
| vs. | ) | |
| | ) | |
| NORTHEAST GEORGIA | ) | |
|   ANESTHESIA SERVICES, INC. | ) | |
| | ) | |
|   Respondent. | ) | |

## AMENDED NOTICE OF HEARING & WAIVER

**PLEASE TAKE NOTICE** that BB&T Commercial Equipment Capital Corp. (hereinafter "BB&T CECC" or "Movant") has filed a ***Motion for Relief from the Automatic Stay or Alternatively for Adequate Protection*** and related papers with the Court seeking an Order terminating the Automatic Stay in this matter and authorizing BB&T CECC to exercise its rights with regard to said litigation pursuant to applicable law, without further Order of the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 103**,** United States Courthouse, 121 Spring Street, Gainesville, Georgia at **1:30 P.M.** on **February 1, 2018**.

1

      Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your Attorney, if you have one in this bankruptcy case. (If you do not have an Attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your Attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's office is: Clerk's Office, United States Courthouse, 121 Spring Street, Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below.

      If a hearing on the Motion for Relief from the Automatic Stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date. Movant consents to the Automatic Stay remaining in effect until the Court orders otherwise.

Dated: January 10, 2018.

                                            QUIRK & QUIRK, LLC
                                            Attorneys for BB&T CECC
                                            *s/ DOUGLAS D. FORD*
                                            DOUGLAS D. FORD
                                            Georgia Bar Number 142249

6000 Lake Forrest Drive, NW
Suite 300
Atlanta, Georgia 30328
(404) 252-1425
ddf@quirklaw.com