## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | |
| NORTHEAST GEORGIA ANESTHESIA SERVICES, INC. d/b/a ANCORA PAIN RECOVERY, 24 AMHERST, LLC, and HOLLADAY HOLDINGS, LLC, | CASE NO. 17-22189-JRS |
| | CASE NO. 17-22188-JRS CASE NO. 17-22190-JRS |
| Debtors. | ***JOINTLY ADMINISTERED UNDER CASE NO. 17-22189-JRS*** |

## FINAL APPLICATION FOR COMPENSATION FOR
## SMALL HERRIN, LLP, AS BANKRUPTCY COUNSEL FOR
## <u>DEBTORS AND DEBTORS-IN-POSSESSION</u>

TO:    HONORABLE JAMES R. SACCA, JUDGE
       UNITED STATES BANKRUPTCY COURT

**NOW COMES** SMALL HERRIN, LLP (hereinafter "**Applicant**"), by and through

the undersigned attorney with said law firm, and pursuant to 11 U.S.C. §§ 330 and 331

applies to the Court as follows:

1.

Applicant's attorney, Anna M. Humnicky, was serving as bankruptcy counsel to the

Debtors and Debtors-in-Possession ("**Debtors**") pursuant to an Application filed by Cohen

Pollock Merlin & Small, P.C., which was approved by the Court by Order entered

December 14, 2017, effective as of November 14, 2017. On April 13, 2018, Cohen Pollock

Merlin Turner, P.C., f/k/a Cohen Pollock Merlin & Small, P.C. ("CPMT"), filed a Notice

of Substitution of Counsel, related to which Applicant, became bankruptcy counsel to

Debtors.

2.

Applicant prays the Court to award it attorney fees on a final basis and authorize

payment thereof in the amount of $150,945.00 for post-petition legal services rendered

from April 1, 2018, through February 15, 2019, plus $6,184.67 in expenses, as bankruptcy

counsel for Debtor Northeast Georgia Anesthesia Services, Inc. ("Northeast").  Of the

amounts requested herein, pursuant to the Order approving the First Interim Application

for Compensation as Bankruptcy Counsel (the "First Application"), Applicant has

previously received payments of $37,974.31 for fees and $6,025.69 for expenses.  Further,

of the amounts requested herein, for the time period October 1, 2018, through February 15,

2019, Applicant has not received any payments of for fees or for expenses pursuant to the

Order entered by the Court on December 21, 2017 approving the procedure for payment of

professionals (the "Professional Compensation Order").

3.

Applicant prays the Court to award it attorney fees on a final basis and authorize

payment thereof in the amount of $3,080.00 for post-petition legal services rendered from

April 1, 2018, through February 15, 2019, plus $6.30 in expenses, as bankruptcy counsel

for Debtor 24 Amherst, LLC ("Amherst").  Of the amounts requested herein, pursuant to

the Order approving the First Application, Applicant has not received any payments.

Further, of the amounts requested herein, for the time period October 1, 2018, through

February 15, 2019, Applicant has not received any payments pursuant to the Professional Compensation Order.

4.

Applicant prays the Court to award it attorney fees on a final basis and authorize payment thereof in the amount of $3,520.00 for post-petition legal services rendered from April 1, 2018, through February 15, 2019, plus $6.60 in expenses, as bankruptcy counsel for Debtor Holladay Holdings, LLC ("HHL"). Of the amounts requested herein, pursuant to the Order approving the First Application, Applicant has not received any payments. Further, of the amounts requested herein, for the time period October 1, 2018, through February 15, 2019, Applicant has not received any payments pursuant to the Professional Compensation Order.

5.

In support of this Application, Applicant attaches hereto and makes a part hereof by reference Appendices A through E as follows:

Appendix "A"…………………………………………. Applicable Legal Principles

Appendix "B" ……………………………Itemization of Post-Petition Professional Services Rendered (invoices)

Appendix "C"………………….. .Summary of Recorded Time and Hourly Rates

Appendix "D"………………..………………………….. Summary of Expenses

Appendix "E"………………………… Statement Required by 11 U.S.C. §504 and Bankruptcy Rule 2016

6.

Applicant has provided numerous services for or on behalf of Debtors, during the period subsequent to Applicant's First Application, all of which are itemized in the attached Appendix "B." Those services include, without limitation, the following:

a. handling monthly billing procedure, including preparation and filing of notices related to the same;

b. formulating and negotiating terms for use of cash collateral for one additional interim period including preparation of one additional proposed interim cash collateral Order and budget related thereto, involving two secured creditors;

c. negotiating resolution with Advanced Plastic Surgery Solutions, LLC, related to adversary proceeding previously filed, including preparation of and filing of motion to approve settlement, including attendance at hearing regarding same;

d. extensive work related to plan confirmation including negotiations with numerous creditors, including all major creditors, and the Office of the United States Trustee, regarding formal and informal objections to the Debtors' proposed Joint Chapter 11 Plan, ultimately resulting in filing of third and fourth amendments to the Joint Chapter 11 Plan and confirmation of the Joint Chapter 11 Plan on February 15, 2019;

e. addressing issues related to identification of BankSouth as creditor, including incorporation of the plan treatment for BankSouth;

Page -4-

f.   negotiating requested continuance of confirmation hearing with various creditors including preparing and filing motion for payment of adequate protection to the United States of America related to Medicare;

g.   preparing and filing interim fee application for Debtors' accountant and current bankruptcy counsel, as well as attendance at hearings related to the same;

h.   preparing and filing monthly reporting with the Court pursuant to U.S. Trustee guidelines;

i.   preparing and filing motion to extend exclusivity period to for plan confirmation, including attendance at hearing related to the same;

j.   handling routine administrative matters including filing notices related to creditor addresses;

k.   addressing client issues related to post-petition operations; and

l.   addressing inquiries of and issues raised by various creditors, including responding to requests regarding information on timing of payments under plan.

7.

Pursuant to the Professional Compensation Order, the Court approved a procedure for the payment of professionals in the above-referenced cases, whereby, *inter alia,* professionals' invoices were provided to certain Notice Parties on a monthly basis, and where no objection was timely raised regarding same after a defined Review Period, the

professionals were paid 80% of their fees and 100% of their out-of-pocket expenses from retainers received from Debtors or pursuant to the various Orders entered regarding interim use of cash collateral, pending hearing by the Court regarding the professionals' fee applications.

8.

Pursuant to the Professional Compensation Order, Applicant submitted invoices for Debtors covering the time period October 1, 2018, through December 31, 2018, for which the respective Review Periods passed such that Applicant was approved to receive of 80% of the invoiced fees and 100% of the invoiced out of pocket expenses, related to which Applicant has received partial payment through amounts paid to Applicant to hold as a fee escrow retainer, in accordance with the various Orders entered regarding use of cash collateral, and apply as applicable objection periods pass without objections being asserted. Applicant submitted invoices for Debtors covering the time period January 1, 2019, through January 31, 2019, on February 19, 2019, which the applicable objection period ends on March 21, 2019. Applicant prepared invoices for Debtors covering the time period February 1, 2019, through February 15, 2019, but did not send them out for notice pursuant to the terms of the Professional Compensation Order and will not seek to apply any funds held in escrow prior to approval of the Application.

9.

The charts below shows the amount of all invoices submitted by Applicant for fees incurred by Debtors, from October 1, 2018 through January 31, 2019, pursuant to the

Professional Compensation Order, plus February 1, 2019 to February 15, 2019, and the amounts Debtors have paid to Applicant, through funds which Applicant held in its trust account by post-petition tender by Debtors to Applicant pursuant to the Court's Orders entered regarding Debtors' use of cash collateral, as well as the remaining balance still owed as of the date of the filing of this Application, including amounts from the First Interim Application.

### NORTHEAST GEORGIA ANESTHESIA SERVICES, INC.

| Invoice Date/ Notice Date | Invoice Amount | Amount Paid From Trust Account/ Authorized to be Paid by Debtor Pursuant to the Order | Amount Remaining Unpaid |
|---|---|---|---|
| 11/9/18 – 11/14/18 (October time) | $   9,997.47 | $        0.00 | $ 9,997.47 |
| 12/5/18 – 12/10/18 (November time) | $  14,465.00 | $        0.00 | $14,465.00 |
| 1/23/19 – 1/24/19 (December time) | $   9,376.16 | $        0.00 | $ 9,376.16 |
| 2/19/19 – 2/19/19 (January time) | $   3,729.10 | $        0.00 | $ 3,729.10 |
| 2/25/19 (February 1st to 15th) | $   7,178.55 | N/A | $ 7,178.55 |
| **Total (this Application)** | **$  44,746.28** | **$        0.00** | **$44,746.28** |
| **Total (1st Application)** | **$112,383.39** | **$44,000.00** | **$68,383.39** |
| **Total** | **$157,129.67** | **$44,000.00** | **$113,129.67** |

**24 Amherst, LLC**

| Invoice Date/ Notice Date | Invoice Amount | Amount Paid From Trust Account/ Authorized to be Paid by Debtor Pursuant to the Order | Amount Remaining Unpaid |
|---|---|---|---|
| 11/9/18 – 11/14/18 (October time) | $   385.00 | $     0.00 | $   385.00 |
| 12/5/18 – 12/10/18 (November time) | $   175.00 | $     0.00 | $   175.00 |
| 1/23/19 – 1/24/19 (December time) | N/A | N/A | N/A |
| 2/19/19 – 2/19/19 (January time) | $ 385.00 | $     0.00 | $   385.00 |
| 2/25/19 (February 1st to 15th) | N/A | N/A | N/A |
| **Total (this Application)** | **$   945.00** | **$     0.00** | **$   945.00** |
| **Total (1st Application)** | **$2,141.30** | **$     0.00** | **$2,141.30** |
| **Total** | **$3,086.30** | **$     0.00** | **$3,086.30** |

**HOLLADAY HOLDINGS, LLC**

| Invoice Date/ Notice Date | Invoice Amount | Amount Paid From Trust Account/ Authorized to be Paid by Debtor Pursuant to the Order | Amount Remaining Unpaid |
|---|---|---|---|
| 11/9/18 – 11/14/18 (October time) | $   415.00 | $      0.00 | $   415.00 |
| 12/5/18 – 12/10/18 (November time) | $   175.00 | $      0.00 | $   175.00 |
| 1/23/19 – 1/24/19 (December time) | N/A | N/A | N/A |
| 2/19/19 – 2/19/19 (January time) | $   665.00 | $      0.00 | $   665.00 |
| 2/25/19 (February 1st to 15th) | N/A | N/A | N/A |
| **Total** (this Application) | **$1,255.00** | **$      0.00** | **$1,255.00** |
| **Total** (1st Application) | **$2,271.60** | **$      0.00** | **$2,271.60** |
| **Total** | **$3,526.60** | **$      0.00** | **$3,526.60** |

10.

Applicant seeks approval for Debtors to pay the attorneys' fees awarded, but not yet paid, as reflected in paragraphs 7, 8 and 9 hereof.  Applicant has agreed to a payment plan of $4,000.00 per month until the fees are paid in full for Northeast.

11.

Applicant shows that Northeast has provided payments to Applicant in the amount of $4,000.00 per month, pursuant to the terms of cash collateral orders in place at the time of payment, and that Applicant has not received any compensation from any other source.

**WHEREFORE**, Small Herrin, LLP, prays the Court:

(1)     hold a hearing on this Application;

(2)     admit this Application and supporting documents into evidence at such hearing;

(3)     award Applicant the compensation and reimbursement of expenses on a final basis as requested herein;

(4)     allow Debtors to make payment for any remaining balance, pursuant to the terms of a confirmed Chapter 11 plan and pursuant to the agreement between the parties at the rate of $4,000.00 per month for Northeast; and

(5)      grant Applicant such other and further relief as is just and proper.

This 11th day of March 2019.

SMALL HERRIN, LLP
Bankruptcy Counsel for Debtors

By: _____/s/ Anna M. Humnicky_____
          Anna M. Humnicky
          Georgia Bar No. 377850

2727 Paces Ferry Road
Building 2, Suite 200
Atlanta, GA 30339
(P) (770) 783-1800 x 405
(D) (770) 857-4770
ahumnicky@smallherrin.com

**APPENDIX "A"**
**APPLICABLE LEGAL PRINCIPLES**

Compensation for professional persons is expressly authorized by 11 U.S.C. Section 330.  Using the procedure set out in Bankruptcy Rule 2016, professional persons may receive:

> reasonable compensation for actual, necessary services rendered by such ... professional person ... based on the nature, the extent and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under this title....

11 U.S.C. § 330(a)(1).

In determining the amount of reasonable compensation which should be awarded to special counsel in a bankruptcy case, this Court should utilize the "lodestar" approach as adopted by the United States Supreme Court in Hensley v. Eckerhart, 461 U.S. 424, 103 S.Ct. 1933 (1983) ("Hensley"), as modified in subsequent decisions.  See Blum v. Stenson, 465 U.S. 886, 104 S.Ct. 1541 (1984); City of Riverside v. Rivera, 477 U.S. 561, 106 S.Ct. 2686 (1986); Pennsylvania v. Delaware Valley Citizens' Council, 478 U.S. 546, 106 S.Ct. 3088 (1986) ("Delaware"); Pennsylvania v. Delaware Valley Citizens' Council, 483 U.S. 711, 107 S.Ct. 3078 (1987); Blanchard v. Bergeron, 489 U.S. 87, 109 S.Ct. 939 (1989); Missouri v. Jenkins, 491 U.S. 274, 109 S.Ct. 2463 (1989) ("Jenkins").

This approach produces an estimate (this estimate is called the "lodestar") of the fees to be awarded by multiplying the number of hours reasonably expended on the litigation by a reasonable hourly rate.  Hensley, 103 S.Ct. at 1939.  The resulting calculation carries

a "strong presumption" of being the reasonable fee to be awarded.  Delaware, 106 S.Ct. at

3098.  In certain "rare" and "exceptional" cases, however, the lodestar figure may be

adjusted upward or downward where such adjustment is supported by both "specific

evidence" on the record and "detailed findings" by the Court.  Id. at 3098.  Hence, the

lodestar calculation revolves around a two-part determination of: (1) what constitutes a

"reasonable hourly rate" and (2) what constitutes hours "reasonably expended."

The Eleventh Circuit Court of Appeals provided the benefit of its analysis with

respect to the above-referenced Supreme Court decisions in the case of Norman v. Housing

Authority of Montgomery, 836 F.2d 1292 (11th Cir. 1988) ("Norman").  In Norman, the

Eleventh Circuit reiterated the Supreme Court's declaration that the lodestar figure

"presumptively includes all of the twelve factors[1] derived from the ABA Code of

Professional Responsibility DR 2-106 (1980) and adopted in Johnson v. Georgia Highway

Express, Inc., 488 F.2d 714, 717 (5th Cir. 1974) ("Johnson"),[2] except on rare occasions the

factor of results obtained and, perhaps, enhancement for contingency."  Norman, 836 F.2d

at 1299.

Commenting on the first part of the lodestar calculation, the Eleventh Circuit

determined that "[a] reasonable hourly rate is the prevailing market rate in the relevant legal

community for similar services by lawyers of reasonably comparable skills, experience, and

---

[1]      The 12 factors are discussed in detail herein.

[2]      The Johnson decision was made applicable in the bankruptcy context by In re First Colonial
Corporation of America, 544 F.2d 1291 (5th Cir. 1977).  Both of these "former Fifth" Circuit decisions were
adopted as binding "precedent in the Eleventh Circuit, for this court, the district courts, and the bankruptcy
courts in this circuit."  Bonner v. City of Prichard, Alabama, 661 F.2d 1206, 1207 (11th Cir. 1981).

reputation." Norman, 836 F.2d at 1299 (citing Blum v. Stenson, 465 U.S. at 895-96, n. 11, 104 S.Ct. at 1547 n. 11) (additional **citation omitted).  The Court** held that evidence of such rates could be established "through direct evidence of charges by lawyers under similar circumstances or by opinion evidence." Id.

The Eleventh Circuit reaffirmed its belief that "at least some" of the factors enunciated in Johnson retained their beneficial value to courts attempting to establish an hourly rate.[3]

As to the possible adjustments which could be made to the lodestar, the Eleventh Circuit Court of Appeals reasoned that if the result was "excellent" the Court should compensate for all hours reasonably expended, while if the result was "partial or limited success" then the lodestar should be reduced accordingly to an amount that is not excessive. Id. at 1302 (citing Hensley, 461 U.S. at 436-37, 103 S.Ct. at 1941 and Popham v. City of Kennesaw, 820 F.2d 1570, 1578 (11th Cir. 1987)).

Finally, the Eleventh Circuit held that consideration must be given to the issue of "delay" in the receipt of payment by counsel for the prevailing party.  Specifically, in the Eleventh Circuit, a court should "take into account the time value of money and the effects of inflation and generally award compensation at current rates rather than at historic rates." Norman, 836 F.2d at 1302 (citations omitted).  See Jenkins, 109 S.Ct. at 2468-2469.

---

[3]   "We still believe that at least some of the Johnson factors have utility in establishing the hourly rate.  In evaluating comparability of the market rates being attested to, the district court may wish to consider any of the Johnson factors to the extent that they suggest that comparables offered may not be relevant to the issues before the court or as they may affect the weight to be given to the comparables being offered the court." Norman, 836 F.2d at 1299-1300.

Examples of application of the guidelines contained in <u>Hensley</u> and <u>Norman</u> can be found in a number of decisions in this circuit. See <u>Florida Pawnbrokers v. Fort Lauderdale</u>, 711 F.Supp. 1084 (S.D. Fla. 1989); <u>Lindsey v. Anderson & Sons Auto Sales, Inc.</u>, 690 F.Supp. 1028 (N.D. Ga. 1988); <u>In re Lanier Spa, Inc.</u>, 99 Bankr. 490 (Bankr. N.D. Ga. 1989).

The relevance and significance of each <u>Johnson</u> and related factor in this case is discussed hereinafter.

1. **Amounts involved and results achieved.**   A summarization of the most significant services performed by Applicant appears in paragraph 6 of this Application, and Applicant's services are set forth in detail in Appendix "B."

2. **Time and labor involved.**   For the period October 1, 2018, through February 15, 2019, Applicant devoted 134.7 hours of recorded time as bankruptcy counsel for Debtor Northeast Georgia Anesthesia Services, Inc.; 2.7 hours of recorded time as bankruptcy counsel for Debtor 24 Amherst, LLC; and 3.6 hours of recorded time as bankruptcy counsel for Debtor Holladay Holdings, LLC.

It has been frequently held "that there can be no fee awarded on the basis of unrecorded or estimated time." <u>In re Garland Corp.</u>, 8 Bankr. 826, 829-830 (Bankr. D. Mass. 1981) ("<u>Garland</u>").   At the same time this Court, based on its knowledge and experience, is aware that despite diligent efforts of counsel to keep complete time records, there are inevitably some hours that do not get recorded.   In its discussion of this factor, the Court in <u>Johnson</u> stated:

> Although hours claimed or spent on a case should not be the
> sole basis for determining a fee, (citation omitted), they are a
> necessary ingredient to be considered.

Johnson, 488 F.2d at 717.

Because of its experience and expertise, Applicant submits that less time was devoted to this case than would have been expended by attorneys of lesser experience and expertise.  In considering the time spent as an element of fee awards, the court in Garland stated "the Court should not penalize and, in fact, should reward diligence, experience, skill and results."  Garland, 8 Bankr. at 830.

**3.  Novelty and complexity of issues involved.**  Applicant acknowledges that, for the experienced bankruptcy practitioner, many aspects of a bankruptcy case would be termed "routine."  Conversely, almost every case has issues arise which, whether resolved through negotiations or litigation, add a new wrinkle to otherwise "routine" matters.  In these cases, the sheer number of business locations, issues related to the pending Medicare audit and appeal thereof, Qui Tam investigation, issues related to proposing a Joint Plan of Reorganization for three related Debtors, the interplay between Debtors and their related non-Chapter 11 debtor procedure centers, as well as the issues which have arisen related to the healthcare industry as well disputes with vendors, which have added a level of complexity to  the cases.

**4.  Skill requisite to perform the legal services.**  Debtors' personnel did not have any Chapter 11 experience.  The first skill required of Applicant was the ability to educate Debtors and their key personnel as to various substantive and procedural aspects of a Chapter 11 case.

Substantial skill has been required of Applicant and has been applied in various matters. Applicant has exercised its skills in efficiently addressing the many issues arising from Debtors' operations at 6 locations. Applicant has also negotiated plan treatment for its major secured creditor Pinnacle Bank, as well as Medicare, McKesson, and BankSouth, as well as the Office of the United States Trustee on behalf of the general unsecured creditor class for Northeast.

Negotiating skills are required at various stages of the case. A predecessor to utilization of negotiating skills is the ability to analyze facts and develop the legal issues related to the facts to formulate a negotiating stance. Applicant has engaged in extensive negotiations with various creditors of Debtors, both secured and unsecured.

**5. Preclusion of other employment.** The Court is well familiar with the fact that at various stages in a Chapter 11 case almost daily "hands on" attention by counsel is required. A multitude of time-sensitive issues have arisen in this case which required immediate attention and action, as described in detail in other portions of this Application.

**6. Customary fees.** By statute, fees are to be considered based on "the cost of comparable services other than in a case under this title." 11 U.S.C. Section 330(a)(1). "The scope of the inquiry as to comparable rates must ... take into consideration the billing practice in the entire legal community." In re City Planners & Developers, Inc., 5 Bankr. 217, 219 (Bankr. D.P.R. 1980). It is inconsistent with, and contrary to, Johnson for fees to be "set in accordance with maximum limits of the district court rather than as a result of a balancing of all of the Johnson factors." In the Matter of U.S. Golf Corporation, 639 F.2d 1197, 1206 (5th Cir. 1981).

**7.  Fixed or contingent fee.**  Fees for Applicant "... are necessarily contingent to some degree." Applicant in this case, as in other bankruptcy cases, had no assurance of what its compensation would be or what assets would be available for expenses of administration. This "contingency" factor should, therefore, be taken into account here.  See In re Warrior Drilling & Engineering Co., Inc., 9 Bankr. 841, 849 (Bankr. N.D. Ala. 1981) for a good discussion of the above principles.

**8.  Time Limitations.** Applicant has faced certain important deadlines in this case, including the relatively short time frame for addressing plan and disclosure statement matters after Pinnacle Bank declined to consent to further exclusivity deadlines for the filing of the plan.

**9.  Experience, reputation and ability of the attorneys.** Applicant is a law firm whose members have been involved in bankruptcy practice for some time.  Many attorneys in the law firm devote the majority of their practice to creditors' rights, debtor relief and bankruptcy cases.

Anna Humnicky, a founding partner of Applicant, received her J.D., cum laude, and M.B.A. in 2002 from Georgia State University. She graduated from Ball State University in 1995, with a B.S. in Sports Administration.  She served as Law Clerk to the Honorable Judge John T. Laney, III, United States Bankruptcy Court, Middle District of Georgia, from 2002-2004.  Her practice areas include commercial litigation, bankruptcy law, and creditors' rights, with a focus on secured creditors' rights in bankruptcy, representation of debtors-in-possession in Chapter 11 reorganizations, and commercial litigation.

Ms. Humnicky has lectured at Georgia State University College of Law, Emory University College of Law and Mercer University College of Law, at continuing legal education seminars, served as a panelist for panel discussions, and served as a moderator for round-table discussions related to bankruptcy issues, as well as co-authored various publications for continuing legal education seminars related to bankruptcy issues. She was elected to a second three-year term on the Georgia State University Alumni Association Board of Directors in 2015 and currently serves at its Secretary/Treasurer.  Ms. Humnicky recently joined the Executive Committee for the W. Homer Drake, Jr. Georgia Bankruptcy American Inn of Court. Ms. Humnicky was also named a "Georgia Super Lawyers - Rising Star" in the annual survey produced by legal publisher Law & Politics in 2010.

Applicant submits that the services which it performed as counsel for Debtors are of the highest quality, and that because of its skill and expertise less time was devoted than would have been devoted by attorneys of lesser expertise.  Therefore, the Court should not determine compensation for Applicant solely on the basis of time devoted.

**10.  Prior government investigation, indictment, criminal prosecution and related civil actions.**  Applicant submits that this factor has not been applicable in this case to date, except to the extent that Medicare redetermined the alleged overpayment and began recoupment in mid-July, which caused Northeast to file the Medicare A.P., and Northeast also learned of Qui Tam investigations when Medicare and the State of Georgia filed proofs of claim related to the same.

**11.  Undesirability of this case.**  This factor is not applicable in this case.

12. **Nature and length of relationship between client and attorney.**  Applicant's attorney, Anna M. Humnicky, when she worked at her prior firm, provided brief pre-petition counseling in preparation for this Chapter 11 case.

13. **Nature of the fee and awards in similar litigation.**  By statute, counsel for a debtor is entitled to "reasonable compensation."  11 U.S.C. section 330 (a)(1).  In making this analysis "[T]he reasonableness of a fee may also be considered in the light of awards made in similar litigation within and without the court's circuit."  Johnson, 488 F.2d at 719.

This Court is familiar with "reasonable hourly rates" awarded in other bankruptcy cases.  "Because judges are themselves familiar with legal fees, expert testimony is not required, although it may of course be taken."  In the Matter of U.S. Golf Corporation, 639 F.2d 1197, 1202 (5th Cir. 1981).

14. **Duplicative and non-legal services.**  This factor arises in situations where an officer "of the court may be furnishing services to the estate in more than one capacity..."  In the Matter of First Colonial Corp. of America, 544 F.2d 1291, 1299 (5th Cir. 1977).  Applicant submits that this factor is not applicable in this case, in that Applicant has not duplicated efforts with other counsel for Debtors.

# APPENDIX "B"

# ITEMIZATION OF ADDITIONAL PROFESSIONAL SERVICES RENDERED

# AND EXPENSES (INVOICES)

October 1, 2019 to February 15, 2019

# Small Herrin, LLP

2727 Paces Ferry Road; Building Two, Suite 200
Atlanta, Georgia 30339
Phone: (770) 783-1800
www.smallherrin.com

# INVOICE

Invoice # 428
Date: 11/09/2018
Due On: 12/31/2018

NEGAS
P.O. Box 80883
Athens, GA 30608

## 22.00001-NEGAS/Case Administration

## Case Administration

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 10/02/2018 | Call to R. Threlkhold re: ███████ email to client re: same (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/04/2018 | Emails and call w/E. Coward re: ███████ (.3); email to D. Bryant re: same (.1); call w/ client re: same and Rome location (.5). | 0.90 | AMH | $350.00 | $315.00 |
| 10/08/2018 | Call w/D. Bryant re: ███████ (.2); email to R. Threlkeld re: same (.2). | 0.40 | AMH | $350.00 | $140.00 |
| 10/09/2018 | Emails w/client re: ███████ issues w/same and direction re: same (.4). | 0.40 | AMH | $350.00 | $140.00 |
| 10/10/2018 | Emails w/client re: ███████, status of same, options re: same (.3); calls and emails w/E. Coward re: same (.1). | 0.40 | AMH | $350.00 | $140.00 |
| 10/11/2018 | Emails w/client re: ███████ (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/15/2018 | Office conference with AMH re Ballot filed by Danny Sane (tax commissioner) and download same from Court's docket | 0.20 | KL | $150.00 | $30.00 |
| 10/16/2018 | Emails w/E. Coward and client re ███████ (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/18/2018 | Calendar hearing dates in bankruptcy case | 0.10 | KL | $150.00 | $15.00 |

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 10/22/2018 | Review/analysis re: Sept. MOR, emails w/client re: same (.2); call w/client re: same (.2). | 0.40 | AMH | $350.00 | $140.00 |
| 10/23/2018 | Review/analysis, prepare Sept. MOR for filing (.2); emails w/client re: 3rd qtr statement missing; email to US Trustee re: same (.2); emails w/US Trustee re: 3rd Qtr fees (.1). | 0.50 | AMH | $350.00 | $175.00 |
| 10/24/2018 | Emails w/client re: US Trustee fee statements, emails w/US Trustee's office re: same (.2). | 0.20 | AMH | $350.00 | $70.00 |
| 10/25/2018 | Email to US Trustee's staff attorney re: payment plan for Q3 fees (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/26/2018 | Email to client re: US Trustee proposed payment plan (.1). | 0.10 | AMH | $350.00 | $35.00 |

**Quantity Subtotal**     **4.0**

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 3.7 | $350.00 | $1,295.00 |
| Karla Lemons | 0.3 | $150.00 | $45.00 |

**Subtotal**     **$1,340.00**

## 22.00002-NEGAS/Professional Employment & Compensation

## Professional Employment & Compensation

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 10/02/2018 | Emails w/B. Walker re: continued payment under plan at current rate (.2). | 0.20 | AMH | $350.00 | $70.00 |
| 10/04/2018 | Draft 2nd interim fee application for CPA and send to A. Perry for review (.7); begin to draft First Interim Fee Application for Small Herrin (.8). | 1.50 | AMH | $350.00 | $525.00 |
| 10/05/2018 | Emails w/CPA re: next billing statement and interim fee application (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/08/2018 | Finalize and email to notice parties Billing Statement No. 10 and calendar deadline/date to file notice re: same, forward to client unredacted bills (.3); finalize 2nd draft of accountant's 2nd interim fee application to include latest billing (.3); emails w/accountant re: same w/direction (.1). | 0.70 | AMH | $350.00 | $245.00 |
| 10/09/2018 | Emails w/A. Perry re: fee application (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/11/2018 | Extensive work on Small Herrin fee application (2.3). | 2.30 | AMH | $350.00 | $805.00 |

| 10/12/2018 | Draft, finalize and file certificate of no objection, serve on notice parties (.2); continue to work on Small Herrin, LLP, interim fee application (1.5). | 1.70 | AMH | $350.00 | $595.00 |
| 10/15/2018 | Finalize, file and serve by email First Interim Fee App for Small Herrin, LLP, and Second Interim Fee Application for accountant, and NOH re: same (.6); direct LTC re: mail service of same (.2). | 0.80 | AMH | $350.00 | $280.00 |
| 10/22/2018 | Emails w/MMM and client re: MMM billing statement (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/30/2018 | Emails w/insurance company, Morris Manning and client re: payment of recent invoices (.4). | 0.40 | AMH | $350.00 | $140.00 |

**Quantity Subtotal**      7.9

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 7.9 | $350.00 | $2,765.00 |
| | | **Subtotal** | **$2,765.00** |

## 22.00003-NEGAS/Plan & Disclosure Statement

## Plan & Disclosure Statement

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 10/02/2018 | Draft, finalize and file COS for plan packet (.4), direct LTC re: service of plan packet on one additional party (.1). | 0.50 | AMH | $300.00 | $150.00 |
| 10/03/2018 | Emails w/creditor re: plan treatment (.5); draft lengthy email to client re: soliciting votes for plan (.5). | 1.00 | AMH | $300.00 | $300.00 |
| 10/04/2018 | Call w/client re: various plan confirmation matters (.5). | 0.50 | AMH | $300.00 | $150.00 |
| 10/08/2018 | Emails w/client re: ▇▇▇▇▇▇▇▇▇▇ (.2) | 0.20 | AMH | $300.00 | $60.00 |
| 10/09/2018 | Emails w/client re: first vote in favor of plan from general unsecured creditor, emails w/creditor re: same (.1); analysis re: Bank South plan treatment and other remaining confirmation issues, call w/client re: same (.2); analysis re: ballot filed w/Court, direct KLL re: same, receipt of copy, direct KLL re: same, emails w/ client re: additional vote in favor of plan (.2). | 0.50 | AMH | $300.00 | $150.00 |
| 10/12/2018 | Emails w/client re: MedeStar vote (.1). | 0.10 | AMH | $300.00 | $30.00 |
| 10/22/2018 | Call w/client re: confirmation matters (.3); emails w/ client re: US Bank vote (.1). | 0.40 | AMH | $300.00 | $120.00 |

| Date | Notes | | | | |
|------|-------|---|---|---|---|
| 10/23/2018 | Emails w/client re: additional votes for plan and funding for effective date payments (.1). | 0.10 | AMH | $300.00 | $30.00 |
| 10/25/2018 | Analysis re: rejection by Milton Wood, email to client re: same (.3). | 0.30 | AMH | $300.00 | $90.00 |
| 10/29/2018 | Emails w/client re: Milton J. Wood vote (.1); call w/client re: confirmation matters (.2); emails re: Bank South (.1). | 0.40 | AMH | $300.00 | $120.00 |
| 10/29/2018 | Emails w/US Trustee's Office re: call re: plan confirmation matters (.1). | 0.10 | AMH | $300.00 | $30.00 |
| 10/30/2018 | Analyze potential UST objection to confirmation (.2) | 0.20 | GHS | $500.00 | $100.00 |
| 10/30/2018 | Call w/D. Cranshaw re: plan and voting re: same (.2); emails w/client re: same (.1); emails w/client re: additional equipment in surrender to PNC amount of credit for same (.1); draft third amended plan (.9); emails to various parties in interest re: same (.1). | 1.40 | AMH | $300.00 | $420.00 |
| 10/30/2018 | Emails w/client re: ███████████ (.1). | 0.10 | AMH | $300.00 | $30.00 |
| 10/31/2018 | Draft additional amendments to plan re: Bank South and State of Georgia re: Qui Tam claims (.4); emails to various creditors re: same (.2); emails w/creditors re: voting on plan (.5); review/analysis re: ballots to date (.7). | 1.80 | AMH | $300.00 | $540.00 |
| 10/15/2018 | Office conference with AMH re Ballot filed by Danny Sane (tax commissioner) and download same from Court's docket (.2). | 0.20 | KL | $150.00 | $30.00 |

**Quantity Subtotal**    7.8

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Anna Humnicky | 7.4 | $300.00 | $2,220.00 |
| Gus Small | 0.2 | $500.00 | $100.00 |
| Karla Lemons | 0.2 | $150.00 | $30.00 |
| | | **Subtotal** | **$2,350.00** |

## 22.00004-NEGAS/Pinnacle Bank

## Pinnacle Bank

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 10/02/2018 | Emails w/client re: CFO employment contract, review/ analysis re: same; forward to bank for review per plan requirement (.2). | 0.20 | AMH | $350.00 | $70.00 |

| 10/09/2018 | Follow up w/bank counsel re: CFO employment contract (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/15/2018 | Review letter from counsel re: Rome location; forward to client; emails w/client re: same (.1) | 0.10 | AMH | $350.00 | $35.00 |
| 10/22/2018 | Call w/client re: update on Rome (.2); follow up with bank counsel re: same (.1) | 0.30 | AMH | $350.00 | $105.00 |
| 10/23/2018 | Emails w/client and bank counsel re: Rome (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/29/2018 | Call w/bank counsel re: plan matters (.3); email/call to client re: same (.3); follow up with bank counsel re: call w/US Trustee (.1). | 0.70 | AMH | $350.00 | $245.00 |

**Quantity Subtotal**     **1.5**

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 1.5 | $350.00 | $525.00 |
| | | **Subtotal** | **$525.00** |

## 22.00007-NEGAS/Landlords

## Landlords

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 10/02/2018 | Emails w/client and Suwanee landlord counsel re: uncashed check (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/09/2018 | Follow up with Suwanee landlord re: uncashed check (.1); call w/J. Rezac for APSS re: stipulation to extend answer deadline, locate and send form re: same (.2); calls to/from T. LeFevre re: Gainesville (.1). | 0.40 | AMH | $350.00 | $140.00 |
| 10/10/2018 | Emails w/J. Rezac re: stipulation re: APSS answer/ response deadline, review approve same (.1); direct KLL re: filing and service of same (.1). | 0.20 | AMH | $350.00 | $70.00 |
| 10/10/2018 | Calls from/to T. LeFevre re: plan, assumption of lease, cure, etc (.3). | 0.30 | AMH | $350.00 | $105.00 |
| 10/11/2018 | Emails w/client re: final payment to McGinnis Partners and proposed settlement with APSS (.1); emails w/J. Luke re: receipt of final payment and update re: APSS matter (.1). | 0.20 | AMH | $350.00 | $70.00 |
| 10/24/2018 | Emails w/J. Rezac re: finalizing settlement (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/25/2018 | Emails w/client re: mail from Suwanee, emails w/ opposing counsel re: same (.2). | 0.20 | AMH | $350.00 | $70.00 |

| 10/29/2018 | Emails w/J. Rezac re: settlement of APSS matter (.2); further emails w/J. Rezac and client re: same (.2). | 0.40 | AMH | $350.00 | $140.00 |
| 10/30/2018 | Emails w/client re: agreement to APSS settlement proposal, emails J. Rezac and J. Luke re: same and proposal to pay balance (.2). | 0.20 | AMH | $350.00 | $70.00 |

| | | | **Quantity Subtotal** | | **2.1** |

| **Time Keeper** | **Quantity** | | **Rate** | **Total** |
|---|---|---|---|---|
| Anna Humnicky | 2.1 | | $350.00 | $735.00 |
| | | | **Subtotal** | **$735.00** |

## 22.00008-NEGAS/Other Creditors

## Other Creditors

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 10/02/2018 | Emails w/client and WFVFS and PNC re: surrender of phones (.2). | 0.20 | AMH | $350.00 | $70.00 |
| 10/04/2018 | Follow up with WFVFS/PNC re: revised list of equipment to surrender and request a response (.2). | 0.20 | AMH | $350.00 | $70.00 |
| 10/05/2018 | Emails w/client re: ██████████████████████, ████████████████████ (.2); emails w/ MedeStar re: classification for plan (.1); emails w/I. Bryant re: bonus claim for Strother (.2). | 0.50 | AMH | $350.00 | $175.00 |
| 10/08/2018 | Emails w/I. Bryant re: Dr. Strother's bonus claim (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/09/2018 | Emails and call w/client re: Bank South, guaranteed by NEGAS, how to address same (.3). | 0.30 | AMH | $350.00 | $105.00 |
| 10/11/2018 | Follow up with WFVFS/PNC re: additional phones/ equipment to surrender (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/12/2018 | Emails w/client re: K. Tisdale, prior approval to pay FSA payment (.4). | 0.40 | AMH | $350.00 | $140.00 |
| 10/15/2018 | Emails w/client re: First Data and McKesson (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/17/2018 | Emails w/Abbott re: service list, direct LTC re: same (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/18/2018 | Emails w/creditor re: revised address for service; direct LTC re: same (.1); emails w/state court re: status of Theofilis claim/case (.2). | 0.30 | AMH | $350.00 | $105.00 |

| 10/22/2018 | Review/analysis re: IRS amended/new claim (.1); return call to IRS (.1); call w/IRS re: plan treatment (.2).; call w/client re: same (.2). | 0.60 | AMH | $350.00 | $210.00 |
| 10/25/2018 | Calls w/WFVFS re: return of phones, credit, etc.; call to client re: same (.2). | 0.20 | AMH | $350.00 | $70.00 |
| 10/26/2018 | Analysis re: EEOC decision on G. Evansun claim, decline to pursue; emails w/client re: same (.2). | 0.20 | AMH | $350.00 | $70.00 |
| 10/31/2018 | Emails w/BankSouth VP re: status of Chapter 11, proposal to amend plan and extending voting deadline for Bank South, with corresponding documents (.2); draft proposed stipulation re: same, email to BankSouth VP re: same (.4); review of guaranty document, emails w/client re: same (.2); further emails w/BankSouth counsel re: same (.4). | 1.20 | AMH | $350.00 | $420.00 |

**Quantity Subtotal**     **4.5**

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 4.5 | $350.00 | $1,575.00 |
| | | **Subtotal** | **$1,575.00** |

## 22.00009-NEGAS/Medicare Audit/Appeal

## Medicare Audit/Appeal

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 10/09/2018 | Review and analysis re: Medicare recoupment/ injunctions re: same (.2). | 0.20 | AMH | $350.00 | $70.00 |
| 10/16/2018 | Call w/M. Schmergel re: final plan edits (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/23/2018 | Review/analysis re: latest Medicare plan language changes (.2); emails w/M. Schmergel re: same (.1); research re: setoff by US government (.2); emails w/M. Schmergel re: same (.1); preparation to add language to next plan amendment (.3). | 0.90 | AMH | $350.00 | $315.00 |
| 10/26/2018 | Emails w/State AG's office re: state Qui Tam claim treatment (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/29/2018 | Emails/call w/DOJ re: possible Medicare recoupment (.3); call w/client re: same (.1); | 0.40 | AMH | $350.00 | $140.00 |
| 10/31/2018 | Emails w/M. Schmergel re: additional edits to make, extension of various deadlines (.2). | 0.20 | AMH | $350.00 | $70.00 |

**Quantity Subtotal**     **1.9**

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 1.9 | $350.00 | $665.00 |
| | | Subtotal | $665.00 |

## 22.00010-NEGAS/Direct Expenses

### Direct Expenses

| Type | Date | Notes | Rate | Total |
|---|---|---|---|---|
| Expense | 10/15/2018 | Copies (279 x $0.10) | $27.90 | $27.90 |
| Expense | 10/15/2018 | Postage (31 x $0.47) | $14.57 | $14.57 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| | | Subtotal | $42.47 |

| | | |
|---|---|---|
| Quantity Total | 29.7 |
| Subtotal | $9,997.47 |
| Total | $9,997.47 |

## Detailed Statement of Account

#### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 34 | 06/20/2018 | $5,000.00 | $4,000.00 | $1,000.00 |
| 35 | 06/20/2018 | $245.00 | $196.00 | $49.00 |
| 36 | 06/20/2018 | $560.00 | $448.00 | $112.00 |
| 39 | 06/20/2018 | $140.00 | $112.00 | $28.00 |
| 40 | 06/20/2018 | $1,155.00 | $924.00 | $231.00 |
| 41 | 06/20/2018 | $35.00 | $28.00 | $7.00 |
| 69 | 06/26/2018 | $13,202.09 | $10,614.09 | $2,588.00 |

| 168 | 09/15/2018 | $22,840.73 | $10,706.60 | $12,134.13 |
| 198 | 10/05/2018 | $26,391.75 | $0.00 | $26,391.75 |
| 277 | 10/18/2018 | $19,397.51 | $0.00 | $19,397.51 |
| 352 | 11/08/2018 | $22,277.30 | $0.00 | $22,277.30 |



**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 428 | 12/31/2018 | $9,997.47 | $0.00 | $9,997.47 |
| | | | **Outstanding Balance** | **$94,228.04** |
| | | | **Total Amount Outstanding** | **$94,228.04** |

Please make all amounts payable to: Small Herrin, LLP . If you wish to pay by credit card please visit our website:  https://www.smallherrin.com/online-payment/ or call our office for assistance.

# Small Herrin, LLP

2727 Paces Ferry Road; Building Two, Suite 200
Atlanta, Georgia 30339
Phone: (770) 783-1800
www.smallherrin.com

# INVOICE

Invoice # 548
Date: 12/05/2018
Due On: 01/15/2019

NEGAS
P.O. Box 80883
Athens, GA 30608

## 22.00001-NEGAS/Case Administration

## Case Administration

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 11/01/2018 | Call w/client re: staffing matter (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/08/2018 | Finalize file September MOR (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/13/2018 | Emails w/US Trustee's Office re: delinquent fees and payment plan re: same (.1); emails w/client re: increased collections (.1). | 0.20 | AMH | $350.00 | $70.00 |
| 11/15/2018 | Emails w/client re; October MOR (.1); finalize, file and serve October MOR (.2). | 0.30 | AMH | $350.00 | $105.00 |
| 11/20/2018 | Email to T. Stanton re: follow up after EEOC denial letter (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/28/2018 | Emails w/D. Gordon re: ███████ set up call re: same (.1); emails w/client re: information for Regions Bank (.2). | 0.30 | AMH | $350.00 | $105.00 |
| 11/29/2018 | Call w/L. Carmichael re: vendor refusing to return funds, emails re: same (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/30/2018 | Emails and call w/D. Gordon re: ███████ .3); emails w/client re: same (.1); locate ███████ and forward to client (.1); draft ███████ send to client for more information (1.6); emails w/client re: same (.1). | 2.20 | AMH | $350.00 | $770.00 |

|  |  | Quantity Subtotal | 3.4 |
|---|---|---|---|

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 3.4 | $350.00 | $1,190.00 |
|  |  | **Subtotal** | **$1,190.00** |

## 22.00002-NEGAS/Professional Employment & Compensation

## Professional Employment & Compensation

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 11/06/2018 | Travel to/from, attend hearing on interim fee applications (1.5). | 1.50 | AMH | $350.00 | $525.00 |
| 11/08/2018 | Draft order on 2nd interim fee app for CPA, finalize and submit to Court (.3); draft order on 1st interim fee app for SH, finalize and submit to Court (.4). | 0.70 | AMH | $350.00 | $245.00 |
| 11/09/2018 | Emails w/CPA and UST re: CPA firm name change (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/14/2018 | Finalize, file & serve certificate of no objection to billing statement #10, send billing statement #11 (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/20/2018 | Review MMM statement, forward to S. Haley re: deadline to objection (.1). | 0.10 | AMH | $350.00 | $35.00 |

|  |  | Quantity Subtotal | 2.5 |
|---|---|---|---|

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 2.5 | $350.00 | $875.00 |
|  |  | **Subtotal** | **$875.00** |

## 22.00003-NEGAS/Plan & Disclosure Statement

## Plan & Disclosure Statement

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 11/01/2018 | Emails w/J. Rezac re: APSS vote and class (.1); call w/ US Trustee re: plan and possible changes to satisfy objection, affidavits from doctor re: compensation/effect of reducing same (.2); analysis re: same, calls w/client re: same (.8); emails w/client re: same (.1). | 1.20 | AMH | $300.00 | $360.00 |

| 11/02/2018 | Review/analysis re: rejection vote by AmEx, review schedules for vote solicitation, emails w/client re: same (.5); call/email to AmEx re: plan treatment change per proposed agreement with US Trustee (.1); emails w/J. Rezac re: ballot for plan (.1). | 0.70 | AMH | $300.00 | $210.00 |
|---|---|---|---|---|---|
| 11/03/2018 | Create affidavits for S. Haley and doctors for US Trustee review re: doctor compensation (.6). | 0.60 | AMH | $300.00 | $180.00 |
| 11/05/2018 | Call w/American Express counsel re: voting on plan (.1) calls w/client re: same (.2); emails w/American Express counsel re: same (.1); review/analysis re: affidavits for US Trustee re: provider wages (.3); emails w/client re: same (.1); emails w/APSS counsel re: voting on plan (.1). | 0.90 | AMH | $300.00 | $270.00 |
| 11/06/2018 | Emails w/WFVFS and PNC voting on plan (.1); emails w/client re: possible other votes in Class 5 (.1); update Dr. Strother affidavit and send to client for execution (.1); email profit sharing plan to D. Weidenbaum, confirm equity infusion (.4); emails and call w/BB&T counsel re: voting on plan (.2); review/analysis ballot received to date/filed to date, determine % of Class 5, and draft extensive email to client re: same (.7); continued analysis re; same and emails w/client re: same (.4); email to Henry Schein re: voting for plan (.1). | 2.10 | AMH | $300.00 | $630.00 |
| 11/07/2018 | Emails w/client re: vote for plan, Henry Schein update (.1); calls w/client re: same (.3); analysis re: Class 5, update spreadsheet, email to client re: same (.2); emails w/Henry Schein representatives re: voting on plan (.1); direct LTC re: ballots (.1); forward Dr. Strother affidavit to US Trustee's Office for reivew (.1); follow up with AmEx re: revised plan treatment (.1); update plan and send to various parties prior to finalizing and filing (.7), including emails w/client re: same and effect of voting/objections (.2); forward to client for review/ approval including red-line and clean (.2); email to various parties re: 3rd Amended Plan including red-line and clean (.2); emails w/BankSouth re: same (.1); draft ballot and forward to BankSouth (.1); emails w/UST re: stipulation to extend time to object to plan and draft same (.2); emails w/D. Ford re: BB&T vote/stipulation (.1); finalize/file/serve stipulations re: voting (.1); finalize, file, serve by email 3rd Amended Plan (.2); follow up with BankSouth and AmEx (.1); direct LTC re: service by mail on certain parties of 3rd Amended Plan (.2); emails w/WFVFS re: ballot for plan, stipulation (.2); emails w/client re: same (.1); further emails w/D. Ford re: BB&T (.1); finalize and file BB&T and Henry Schein stipulations, serve by email, direct LTC re: same (.4); | 4.20 | AMH | $300.00 | $1,260.00 |
| 11/08/2018 | Emails w/WFVFS re: stipulation, finalize, file, serve same (.2); finalize Dr. Campbell affidavit (.1); emails w/ client re; same; emails w/UST re: same (.1); emails w/ Henry Schein re: call to discuss plan (.1); emails w/ | 0.80 | AMH | $300.00 | $240.00 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| | client and UST re: Dr. Dykes affidavit (.1); emails w/ various creditors, follow up re: voting (.2). | | | | |
| 11/09/2018 | Call w/Henry Schein, call to client re: same (.2); research and analysis re: ▮▮▮▮▮▮▮▮ (.4); emails w/creditors re: status of voting (.2). | 0.80 | AMH | $300.00 | $240.00 |
| 11/12/2018 | Emails w/AmEx re: revised ballot for Third Amended Plan (.1); call w/client re: same and other confirmation matters (.5); emails w/Am Ex and client re: vote in favor of Third Amended Plan (.1); analysis re: same (.1); emails w/D. Ford re: BB&T (.1); draft notice of filing ballots for ballots received in office but not filed with Court, finalize and file, serve via email (.4); update Class 5 tally spreadsheet, emails w/client re: same and analysis re: possible objections (.1). | 1.40 | AMH | $300.00 | $420.00 |
| 11/13/2018 | Analysis re: McKesson vote against and possible objection to plan, strategize re: response to same (.3); review/analysis re: filed McKesson objection, emails to client and bank/UST re: likelihood of settlement re: same (.2). | 0.50 | AMH | $300.00 | $150.00 |
| 11/16/2018 | Call to US Trustee re: status of objection to plan (.1). | 0.10 | AMH | $300.00 | $30.00 |
| 11/19/2018 | Provide update to US Trustee re: various outstanding other objections and set up call to discuss US Trustee objection (.1). | 0.10 | AMH | $300.00 | $30.00 |
| 11/20/2018 | Emails and call w/D. Weidenbaum re: US Trustee's objections w/plan, resolved with plan amendment re: profit sharing (.5); email and call w/client re: same and other plan confirmation issues (.8); email to client w/ directions for 12/4 to courthouse (.2); locate and forward email with contracts been assuming and assumption amounts to client w/direction (.2). | 1.70 | AMH | $300.00 | $510.00 |
| 11/21/2018 | Emails w/D. Taylor re: objection to plan (.1); email to client re: same and proposed resolution of same (.1). | 0.20 | AMH | $300.00 | $60.00 |
| 11/26/2018 | Emails w/client re: resolving D. Taylor objection to confirmation (.2); draft revised plan w/Medicare changes, McKesson changes, circulate to parties (.5); emails w/client and D. Taylor re: settlement (.1); send revised plan to bank counsel and UST w/explanation of changes and resolutions of objections (.1); finalize plan and send to client for signature including redline (.3); draft stipulation re: resolution of D. Taylor objection, send to D. Taylor for signature (.6); call and emails w/ client re: continuance of confirmation, cash flow issues (.6); emails w/D. Taylor re: stipulation (.1); update parties on filing of same, follow up re: D. Taylor rejection ballot (.1). | 2.60 | AMH | $300.00 | $780.00 |

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 11/27/2018 | Emails and call w/client re: request for continuance of confirmation hearing (.4); emails w/client re: fourth amended plan (.1); analysis re: same (.4). | 0.90 | AMH | $300.00 | $270.00 |
| 11/29/2018 | Analysis re: ballot report/other related issues, timing of same (.1). | 0.10 | AMH | $300.00 | $30.00 |
| 11/29/2018 | Email to D. Weidenbaum re: timing of confirmation (.1). | 0.10 | AMH | $300.00 | $30.00 |
| 11/30/2018 | Analysis re: meeting with client to go over plan, schedule same (.2); draft notice of filing 4th amended plan, finalize and file 4th amended plan, serve by email on affected parties (.7); finalize and file stipulation w/D. Taylor resolving objection, serve same by email (.2); direct LTC re: mail service (.1); call w/D. Weidenbaum re: requested continuance of confirmation hearing, email to client re: same (.1). | 1.30 | AMH | $300.00 | $390.00 |

| | | **Quantity Subtotal** | **20.3** |
|---|---|---|---|

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 20.3 | $300.00 | $6,090.00 |
| | | **Subtotal** | **$6,090.00** |

## 22.00004-NEGAS/Pinnacle Bank

## Pinnacle Bank

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 11/01/2018 | Update bank re: call w/US Trustee and plan issues (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/06/2018 | Emails w/bank counsel re: BankSouth and ballots for Pinnacle Bank (.2); call w/bank counsel re: same (.3). | 0.50 | AMH | $350.00 | $175.00 |
| 11/14/2018 | Call w/bank counsel re: McKesson objection (.5). | 0.50 | AMH | $350.00 | $175.00 |
| 11/19/2018 | Provide update to bank counsel re: status of various outstanding objections (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/20/2018 | Call w/bank counsel re: resolving plan confirmation issues (.4). | 0.40 | AMH | $350.00 | $140.00 |
| 11/27/2018 | Call w/bank counsel re: requested continuance of confirmation hearing (.1); follow up email re: same, email to client re: same (.1); emails w/bank counsel and client re: possible February dates (.1). | 0.30 | AMH | $350.00 | $105.00 |
| 11/28/2018 | Emails w/client re: feedback from Dr. Holladay, status on bank feedback re: request for continuance (.1); call | 0.20 | AMH | $350.00 | $70.00 |

|            |                                                                                                |      |     |          |          |
|------------|------------------------------------------------------------------------------------------------|------|-----|----------|----------|
|            | to bank counsel re: same and emails w/client re: same (.1).                                     |      |     |          |          |
| 11/29/2018 | Follow up w/bank counsel re: request for continuance via phone and email (.1).                  | 0.10 | AMH | $350.00  | $35.00   |
| 11/29/2018 | Emails and call w/D. Whitridge re: requested continuance (.3); email w/client re; same and budget (.3). | 0.60 | AMH | $350.00  | $210.00  |

**Quantity Subtotal**    2.8

| Time Keeper    | Quantity |     | Rate         | Total      |
|----------------|----------|-----|--------------|------------|
| Anna Humnicky  |          | 2.8 | $350.00      | $980.00    |
|                |          |     | **Subtotal** | **$980.00** |

## 22.00006-NEGAS/McKesson Corporation

## McKesson Corporation

| Date       | Notes                                                                                                                                                                                                                                                                                                                                                                                                                  | Quantity | Attorney | Rate     | Total      |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|----------|----------|------------|
| 11/15/2018 | Call w/client re: surrender of pharmacy inventory, credit re: same (.1); extensive research and analysis re: secured claim and administrative claim and any case law/legislative history for/against same (1.2); further emails w/client re: pharmacy inventory surrender, credit, payments at time of filing case (.2); continued research re: same (1.2); draft lengthy email to McKesson counsel re: proposal resolving objection and requesting clarification on various issues (.7). | 3.40     | AMH      | $350.00  | $1,190.00  |
| 11/20/2018 | Emails and calls w/McKesson counsel re: objection to confirmation, surrender of inventory, credit, etc (.2); emails w/client re: same (.2); further emails w/ McKesson counsel re: credit (.1).                                                                                                                                                                                                                         | 0.50     | AMH      | $350.00  | $175.00    |
| 11/21/2018 | Emails w/McKesson counsel and client re: credit balance (.2).                                                                                                                                                                                                                                                                                                                                                          | 0.20     | AMH      | $350.00  | $70.00     |
| 11/26/2018 | Emails w/McKesson counsel re: resolving objection, credit balance, emails w/client re: same (.1); further emails w/client and McKesson re: resolving objection and credit balance (.2); emails w/McKesson counsel re: changes to plan (.1); revise plan re: same, circulate to applicable parties (.1).                                                                                                                  | 0.50     | AMH      | $350.00  | $175.00    |

**Quantity Subtotal**    4.6

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 4.6 | $350.00 | $1,610.00 |
| | | **Subtotal** | **$1,610.00** |

## 22.00007-NEGAS/Landlords

## Landlords

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 11/02/2018 | Emails w/J. Rezac re: motion to approve settlement, finalizing and filing same (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/03/2018 | Finalize joint motion to approve settlement, including Notice of Hearing and COS re: same, in preparation for filing on 11/5 (.4). | 0.40 | AMH | $350.00 | $140.00 |
| 11/05/2018 | Finalize, file and serve by email motion to approve settlement, direct LTC re: service of rest (.3); emails w/ APSS and McGinnis Partners counsel re: payment of settlement amount (.1). | 0.40 | AMH | $350.00 | $140.00 |
| 11/26/2018 | Draft order on motion to approve settlement with APSS (.6); send to J. Rezac for review/approval (.1); emails w/J. Luke re: no payment received yet, revise order re: same and re-circulate (.3). | 1.00 | AMH | $350.00 | $350.00 |
| 11/27/2018 | Travel to/from attend hearing on motion to approve settlement with APSS (.8); finalize and submit order on settlement motion (.3). | 1.10 | AMH | $350.00 | $385.00 |
| | | | **Quantity Subtotal** | | **3.0** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 3.0 | $350.00 | $1,050.00 |
| | | **Subtotal** | **$1,050.00** |

## 22.00008-NEGAS/Other Creditors

## Other Creditors

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|

| 11/02/2018 | Call w/Bank South attorney re: extending vote deadline, amendment to plan to incorporate plan treatment for bank (.1). | 0.10 | AMH | $350.00 | $35.00 |
|---|---|---|---|---|---|
| 11/03/2018 | Update stipulation for Bank South for counsel to sign, email to counsel (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/05/2018 | Emails w/T. Rogers re: legal name for plan and stipulation (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/06/2018 | Emails w/BankSouth counsel re: stipulation to extend time to vote (.1); emails w/State Ass't AG re: State of Georgia voting on plan, draft stipulation extending time to vote (.2); finalize and file stipulations with BankSouth and State of Georgia, serve same (.3); prepare stipulation for BB&T, send to counsel (.2). | 0.80 | AMH | $350.00 | $280.00 |
| 11/09/2018 | Emails w/client re: addresses for former employees (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/12/2018 | Direct LTC re: ex-employee addresses (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/16/2018 | Follow up with T. Stanton re: EEOC ruling (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/19/2018 | Emails w/T. Stanton re: EEOC determination, negotiating and effect of same (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/20/2018 | Emails w/L. Carmichael re: Nitel collection letter (.1); draft letter w/applicable information about Nitel contract rejection including attachments, direct LTC re: same (.7); email to client re: same (1.); draft letter to First Data/SunTrust re: same, email to client (.3) | 1.20 | AMH | $300.00 | $360.00 |
| 11/29/2018 | Call w/T. Stanton re: EEOC denial letter, email to client re: same (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/30/2018 | Communications w/I. Bryant re: cutting of benefits for husband; analysis re: same (.2). | 0.20 | AMH | $350.00 | $70.00 |

**Quantity Subtotal**        3.0

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 1.8 | $350.00 | $630.00 |
| Anna Humnicky | 1.2 | $300.00 | $360.00 |
| | | **Subtotal** | **$990.00** |

## 22.00009-NEGAS/Medicare Audit/Appeal

## Medicare Audit/Appeal

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 11/03/2018 | Finalize 3rd joint motion re: extension of time to respond to complaint, including order (.2); draft stipulation re: objection deadline, send to counsel for Medicare (.1). | 0.30 | AMH | $350.00 | $105.00 |
| 11/05/2018 | Emails w/A. Sandoval and M. Schmergel re: joint motion for AP and stipulation re: voting (.2); finalize and file joint motion, upload order re: extension of deadline to answer/respond, direct LTC re: service (.3); update stipulation to include extension of time to vote, send to A. Sandoval (.1). | 0.60 | AMH | $350.00 | $210.00 |
| 11/06/2018 | Emails w/A. Sandoval re: stipulation to extend time to vote/object (.1); finalize and file same (.2). | 0.30 | AMH | $350.00 | $105.00 |
| 11/07/2018 | Emails w/M. Schmergel re: 3rd Amended Plan (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/09/2018 | Review and analysis re: additional edits per Medicare, email to M. Schmergel re: same (.3). | 0.30 | AMH | $350.00 | $105.00 |
| 11/14/2018 | Call w/M. Schmergel re: latest plan changes and McKesson objection (.2). | 0.20 | AMH | $350.00 | $70.00 |
| 11/16/2018 | Review comments from Medicare (.2); email to M. Schmergel re: same (.1); email to E. Coward re: timing of repayment if Medicare owes NEGAS (.1); further emails w/M. Schmergel re: same and confirmation hearing (.1); review and approve latest edits to plan (.2). | 0.70 | AMH | $350.00 | $245.00 |
| 11/19/2018 | Emails w/client re: status of settlement and timing for filing of next amended plan (.1); emails w/special counsel re: timing of repayment if overpayment to Medicare made (.1). | 0.20 | AMH | $350.00 | $70.00 |
| 11/21/2018 | Emails w/M. Schmergel re: timing for repayment if necessary (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/28/2018 | Review emails from M. Schmergel and E. Coward re: timing of recalculation and repayment if applicable (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/29/2018 | Analysis re: end of pause in recoupment on 12/3 (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 11/29/2018 | Emails and call w/M. Schmergel re: requested continuance (.2); call w/client re: same, proposal on adequate protection (.4); email proposal to M. Schmergel (.1). | 0.70 | AMH | $350.00 | $245.00 |
| 11/30/2018 | Follow up w/M. Schmergel re: extension of deadline and recoupment pause (.1); draft joint motion and proposed order, send to M. Schmergel and A. Sandoval (.1); emails w/client re: same (.1); draft motion for adequate protection (.8). | 1.10 | AMH | $350.00 | $385.00 |

**Quantity Subtotal**    **4.8**

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 4.8 | $350.00 | $1,680.00 |
| | | **Subtotal** | **$1,680.00** |
| | | **Quantity Total** | **44.4** |
| | | **Subtotal** | **$14,465.00** |
| | | **Total** | **$14,465.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 34 | 06/20/2018 | $5,000.00 | $4,000.00 | $1,000.00 |
| 35 | 06/20/2018 | $245.00 | $196.00 | $49.00 |
| 36 | 06/20/2018 | $560.00 | $448.00 | $112.00 |
| 38 | 06/20/2018 | $35.00 | $28.00 | $7.00 |
| 39 | 06/20/2018 | $140.00 | $112.00 | $28.00 |
| 40 | 06/20/2018 | $1,155.00 | $924.00 | $231.00 |
| 41 | 06/20/2018 | $35.00 | $28.00 | $7.00 |
| 69 | 06/26/2018 | $13,202.09 | $10,614.09 | $2,588.00 |
| 168 | 09/15/2018 | $22,840.73 | $10,706.60 | $12,134.13 |
| 198 | 10/05/2018 | $26,391.75 | $0.00 | $26,391.75 |
| 277 | 10/18/2018 | $19,397.51 | $0.00 | $19,397.51 |
| 352 | 11/08/2018 | $22,277.30 | $4,000.00 | $18,277.30 |
| 428 | 12/31/2018 | $9,997.47 | $0.00 | $9,997.47 |





**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 548 | 01/15/2019 | $14,465.00 | $0.00 | $14,465.00 |
| | | | **Outstanding Balance** | **$104,703.23** |
| | | | **Total Amount Outstanding** | **$104,703.23** |

Please make all amounts payable to: Small Herrin, LLP . If you wish to pay by credit card please visit our
website:  https://www.smallherrin.com/online-payment/ or call our office for assistance.

# Small Herrin, LLP

2727 Paces Ferry Road; Building Two, Suite 200
Atlanta, Georgia 30339
Phone: (770) 783-1800
www.smallherrin.com

# INVOICE

Invoice # 595
Date: 01/23/2019
Due On: 02/25/2019

NEGAS
P.O. Box 80883
Athens, GA 30608

## 22.00001-NEGAS/Case Administration

## Case Administration

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 12/03/2018 | Emails w/client re: garnishment of wages (.1); emails w/ client re: prior prospective purchaser of Rome location (.2) | 0.30 | AMH | $350.00 | $105.00 |
| 12/04/2018 | Call w/client re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ (.1); emails w/special counsel re: same (.1); emails w/client re: employee resignation (.1). | 0.30 | AMH | $350.00 | $105.00 |
| 12/05/2018 | Emails w/client re: post-petition A/P, review spreadsheet re: same (.4). | 0.40 | AMH | $350.00 | $140.00 |
| 12/07/2018 | Emails w/client re: employee resignation, effect of contract, status of assumption (,1). | 0.10 | AMH | $350.00 | $35.00 |
| 12/10/2018 | Emails w/client re: possible same (.2); emails w/ contacts re: same (.2). | 0.40 | AMH | $350.00 | $140.00 |
| 12/11/2018 | Review/analysis re: demand letter from terminated doctor, analysis re: assertion re: use of d/b/a letterhead (.6); emails w/client re: same (.1); emails w/client re: financial status, analysis re: same (.2); emails w/client re: doctor contract, analysis re: same (.3); emails w/ client re: collections, analysis re: same (.3). | 1.50 | AMH | $350.00 | $525.00 |
| 12/12/2018 | Emails w/client re: information regarding practice (.1); analysis re: same (.2); finalize flyers and send to contacts (.3). | 0.60 | AMH | $350.00 | $210.00 |

| 12/17/2018 | Emails w/contact and client re: additional information regarding practice (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 12/17/2018 | Emails w/client re: information regarding practice and personnel changes in Rome (.1); review analysis re: financial information for client and taxes (.2). | 0.30 | AMH | $350.00 | $105.00 |
| 12/18/2018 | Emails w/client re: prior prospective buyer re: Rome location (.2); analysis re: same (.1); draft revised NDA to address issues w/same (.4). | 0.70 | AMH | $350.00 | $245.00 |
| 12/20/2018 | Emails w/client re: November MOR (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 12/21/2018 | Review/analysis and draft response to demand letter from former employee (.7) send to client for review/ approval (.1). | 0.80 | AMH | $350.00 | $280.00 |
| 12/26/2018 | Finalize letter to counsel for former employee for mailing, emails w/client re: same (.2). | 0.20 | AMH | $350.00 | $70.00 |
| 12/31/2018 | Emails w/client re: latest financials and information regarding practice (.1). | 0.10 | AMH | $350.00 | $35.00 |
| | | | **Quantity Subtotal** | | **5.9** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 5.9 | $350.00 | $2,065.00 |
| | | **Subtotal** | **$2,065.00** |

## 22.00002-NEGAS/Professional Employment & Compensation

## Professional Employment & Compensation

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 12/05/2018 | Review/revise, finalize December bills (.5); emails w/A. Perry re: same (.1). | 0.60 | AMH | $350.00 | $210.00 |
| 12/10/2018 | Review/redact Dec. bills (.4); draft cover letter for billing statement (.1); forward to notice parties (.1). | 0.60 | AMH | $350.00 | $210.00 |
| 12/17/2018 | Emails w/B. Walker re: payment plan to CPMT (.1); emails w/MMM and client re: latest billing statement (.1). | 0.20 | AMH | $350.00 | $70.00 |
| 12/18/2018 | Emails w/client re: W-9 (.1). | 0.10 | AMH | $350.00 | $35.00 |
| | | | **Quantity Subtotal** | | **1.5** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|

| Anna Humnicky | 1.5 | $350.00 | $525.00 |
|---|---|---|---|
| | | **Subtotal** | **$525.00** |

## 22.00003-NEGAS/Plan & Disclosure Statement

## Plan & Disclosure Statement

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 12/04/2018 | Meeting with Dr. Holladay and Mr. Holladay to discuss confirmation extension and consummation of plan (2.0) | 2.00 | GHS | $500.00 | $1,000.00 |
| 12/03/2018 | Coordinate meeting Dr. Holladay to discuss plan and confirmation matters, provide directions, finalize same (.4). | 0.40 | AMH | $300.00 | $120.00 |
| 12/04/2018 | Prepare for meeting with client and hearing on plan confirmation, analysis re: outstanding issues and client concerns (.7); meeting with client re: plan confirmation, long term effects, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ continuance of plan confirmation, operational issues, etc. (1.4)(NO CHARGE); travel to/from attend confirmation hearing to seek continuance of same, follow up with client re: same, to gather information for follow up memo and begin▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮(1.6); further follow up with client re: same (.5), | 2.80 | AMH | $300.00 | $840.00 |
| 12/05/2018 | Begin to draft memo to client re: plan confirmation issues and deadlines/due dates (.5). | 0.50 | AMH | $300.00 | $150.00 |
| 12/06/2018 | Continue to work on client memo (.5); emails w/client re: same (.1). | 0.60 | AMH | $300.00 | $180.00 |
| 12/09/2018 | Finish draft of memo to client re: post-petition liabilities and effect of plan payment on monthly budget (1.3). | 1.30 | AMH | $300.00 | $390.00 |
| 12/10/2018 | Emails w/client re: final information needed for confirmation memo (.2); review/analysis re: same (.2); finalize memo re: same (.4); emails w/Dr. Holladay re: same (.1). | 0.90 | AMH | $300.00 | $270.00 |
| 12/18/2018 | Analyze and strategize post-confirmation strategy (.2). | 0.20 | GHS | $500.00 | $100.00 |
| 12/18/2018 | Analysis re: exclusivity period to confirm plan, extension of same (.2); emails w/client re: same (.2). | 0.40 | AMH | $300.00 | $120.00 |
| 12/22/2018 | Emails w/client re: plan confirmation exclusivity period (.4). | 0.40 | AMH | $300.00 | $120.00 |
| 12/31/2018 | Emails w/client re: exclusivity period (.1); draft motion to extend same to preserve exclusivity (.3). | 0.40 | AMH | $300.00 | $120.00 |

**Quantity Subtotal**  9.9

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 7.7 | $300.00 | $2,310.00 |
| Gus Small | 2.2 | $500.00 | $1,100.00 |
| | | **Subtotal** | **$3,410.00** |

## 22.00004-NEGAS/Pinnacle Bank

## Pinnacle Bank

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 12/03/2018 | Emails w/bank counsel re: cash collateral order, email to client re: budget, follow up with client re: same (.2); draft same and email to bank counsel, budget to be submitted (.2); call w/bank counsel re: continued confirmation, cash collateral order and budget (.5); review/analysis re: proposed budget, emails w/client re: same (.4); further review/analysis re: budget, emails w/ client re: same (.1); forward to bank counsel, as well as other applicable parties (.2). | 1.60 | AMH | $350.00 | $560.00 |
| 12/04/2018 | Follow up w/UST re: cash collateral order (.1); finalize and upload same to Court's website (.1); call/email to bank counsel re: follow up from discussion at hearing (.1). | 0.30 | AMH | $350.00 | $105.00 |
| 12/05/2018 | Emails with bank counsel re: meeting w/bank (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 12/06/2018 | Continued emails and call w/bank counsel (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 12/07/2018 | Call w/bank counsel re: operations, continuation of confirmation, meeting with bank (.4). | 0.40 | AMH | $350.00 | $140.00 |
| 12/10/2018 | Draft COS for 6th Interim Cash Collateral Order (.1); direct LTC re: service of same (.1). | 0.20 | AMH | $350.00 | $70.00 |
| 12/12/2018 | Analysis re: service of cash collateral order (.2); finalize and file COS re: same (.2). | 0.40 | AMH | $350.00 | $140.00 |
| | | **Quantity Subtotal** | | | **3.1** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 3.1 | $350.00 | $1,085.00 |
| | | **Subtotal** | **$1,085.00** |

## 22.00006-NEGAS/McKesson Corporation

## McKesson Corporation

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 12/03/2018 | Emails w/McKesson counsel re: continuance of plan confirmation and cash collateral order (.1). | 0.10 | AMH | $350.00 | $35.00 |
| | | | Quantity Subtotal | | 0.1 |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Anna Humnicky | 0.1 | $350.00 | $35.00 |
| | | Subtotal | $35.00 |

## 22.00008-NEGAS/Other Creditors

## Other Creditors

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 12/18/2018 | Call w/creditor re: Chapter 11 filing (.1). | 0.10 | AMH | $350.00 | $35.00 |
| | | | Quantity Subtotal | | 0.1 |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Anna Humnicky | 0.1 | $350.00 | $35.00 |
| | | Subtotal | $35.00 |

## 22.00009-NEGAS/Medicare Audit/Appeal

## Medicare Audit/Appeal

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 12/03/2018 | Emails w/M. Schmergel re: motion to extend deadline and pause in recoupment (.1); send update to special counsel re: requested continuance of confirmation (.1); finalize and file motion to extend response deadline, direct LTC re: service of same (.2); emails w/special counsel re: call on 12/4 re: Medicare overpayment liability (.1). | 0.50 | AMH | $350.00 | $175.00 |

| 12/04/2018 | Emails w/M. Schmergel re: motion for adequate protection (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 12/06/2018 | Call w/court re: order on motion to extend deadline (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 12/07/2018 | Review Medicare changes to motion for adequate protection (.2); emails w/M. Schmergel re: same and proposed order (.1). | 0.30 | AMH | $350.00 | $105.00 |
| 12/09/2018 | Draft order on motion re AP payments send to M. Schmergel for approval (.3); draft motion/order re: expedited hearing (.5). | 0.80 | AMH | $350.00 | $280.00 |
| 12/10/2018 | Emails w/M. Schmergel re: finalizing and filing motion to approve AP and motion to shorten notice for hearing re: same (.1); review/approve order re: same (.2); finalize/file motion to approve AP to United Statements (.2); finalize/file motion to shorten notice for hearing re: same (.2); finalize/upload order setting hearing (.2); calls to court re: same (.1); draft COS re: same (.3); direct LTC re: service of same (.1). | 1.40 | AMH | $350.00 | $490.00 |
| 12/11/2018 | Call w/ Court re: order on motion to shorten notice of hearing; direct LTC re: same (.2). | 0.20 | AMH | $350.00 | $70.00 |
| 12/12/2018 | Call to Court re: order setting hearing on motion re: AP; direct LTC re: same (.1); analysis re: entry of order re: same, direct LTC re: service of same (.1); analysis re: service of order (.1); finalize and file COS re: same (.2); oversee service (.2). | 0.70 | AMH | $350.00 | $245.00 |
| 12/17/2018 | Emails w/M. Schmergel re: status of 12/18 hearing, lack of opposition to request (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 12/18/2018 | Emails w/M. Schmergel re: status of hearing (.1); travel to/from, attend hearing re: approval of AP (1.8); finalize and upload order approving same (.2). | 2.10 | AMH | $350.00 | $735.00 |

**Quantity Subtotal**  **6.3**

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 6.3 | $350.00 | $2,205.00 |
| | | **Subtotal** | **$2,205.00** |

## 22.00010-NEGAS/Direct Expenses

## Direct Expenses

| Type | Date | Notes | Rate | Total |
|---|---|---|---|---|
| Expense | 12/10/2018 | FedEx to Dr. Holladay | $16.16 | $16.16 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| | | **Subtotal** | **$16.16** |
| | | | |
| | | **Quantity Total** | **26.9** |
| | | **Subtotal** | **$9,376.16** |
| | | **Total** | **$9,376.16** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 34 | 06/20/2018 | $5,000.00 | $4,000.00 | $1,000.00 |
| 35 | 06/20/2018 | $245.00 | $196.00 | $49.00 |
| 36 | 06/20/2018 | $560.00 | $448.00 | $112.00 |
| 38 | 06/20/2018 | $35.00 | $28.00 | $7.00 |
| 40 | 06/20/2018 | $1,155.00 | $924.00 | $231.00 |
| 41 | 06/20/2018 | $35.00 | $28.00 | $7.00 |
| 69 | 06/26/2018 | $13,202.09 | $10,614.09 | $2,588.00 |
| 168 | 09/15/2018 | $22,840.73 | $17,500.04 | $5,340.69 |
| 198 | 10/05/2018 | $26,391.75 | $731.75 | $25,660.00 |
| 277 | 10/18/2018 | $19,397.51 | $82.51 | $19,315.00 |
| 352 | 11/08/2018 | $22,277.30 | $4,392.30 | $17,885.00 |
| 428 | 12/31/2018 | $9,997.47 | $0.00 | $9,997.47 |
| 548 | 01/15/2019 | $14,465.00 | $0.00 | $14,465.00 |





**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 595 | 02/25/2019 | $9,376.16 | $0.00 | $9,376.16 |

|  |  |  | **Outstanding Balance** | **$106,054.58** |
|---|---|---|---|---|
|  |  |  | **Total Amount Outstanding** | **$106,054.58** |

Please make all amounts payable to: Small Herrin, LLP . If you wish to pay by credit card please visit our website: https://www.smallherrin.com/online-payment/ or call our office for assistance.

# Small Herrin, LLP

2727 Paces Ferry Road; Building Two, Suite 200
Atlanta, Georgia 30339
Phone: (770) 783-1800
www.smallherrin.com

# INVOICE

Invoice # 674
Date: 02/19/2019
Due On: 03/20/2019

NEGAS
P.O. Box 80883
Athens, GA 30608

## 22.00001-NEGAS/Case Administration

## Case Administration

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 01/02/2019 | Emails w/client re: practice certifications (.1); update practice information, forward to contacts (.3); begin to work on November MOR, emails w/A. Austin (.1) | 0.50 | AMH | $350.00 | $175.00 |
| 01/03/2019 | Review/analysis re: November MOR, email to client re: same (.3); further emails w/client re: same (.2). | 0.50 | AMH | $350.00 | $175.00 |
| 01/04/2019 | Emails w/client re: November MOR (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/07/2019 | Analysis re: practice and feedback from client; emails w/client re: same (.2); finalize November MOR for filing (.3); emails w/contact re: additional information about practice, request information from client (.2); further emails w/client re: November MOR (.1). | 0.80 | AMH | $350.00 | $280.00 |
| 01/08/2019 | File Nov. MOR (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/09/2019 | Follow up w/client re: operational question re: ASCs; emails w/client re: same (.2); emails w/D. Gordon re: same, set up call w/practice (.2). | 0.40 | AMH | $350.00 | $140.00 |
| 01/10/2019 | Serve MORs on notice parties (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/11/2019 | Call w/R. DeDeyn re: practice information; draft NDA and send for review (1.3). | 1.30 | AMH | $350.00 | $455.00 |
| 01/14/2019 | Emails w/D. Mohan re: NDA. | 0.10 | AMH | $350.00 | $35.00 |

| 01/21/2019 | Emails w/S. Haley re: NDA and MOR (.2); review/ analysis re: December MOR (.1). | 0.30 | AMH | $350.00 | $105.00 |
| 01/22/2019 | Emails w/client re: NDA (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/23/2019 | Emails w/client re: NDA (.1); emails w/client and R. DeDeyn re: same (.1); emails w/client re: MORs (.1). | 0.30 | AMH | $350.00 | $105.00 |
| 01/24/2019 | Emails w/client re: MORs (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/25/2019 | Emails w/client re: MORs (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/28/2019 | Emails w/R. DeDeyn re: CFO (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/29/2019 | Emails w/client re: US Trustee fees for 4th Qtr 2018 (.1); calculate 4th Qtr fees based on actual dispursements, email to client (.1); review all operating reports and compile US Trustee fees owed and paid to date, send to client (.6); finalize and file December MOR, send to notice parties (.1); draft email to US Trustee's office re: correct 4th Qt fees (.2). | 1.10 | AMH | $350.00 | $385.00 |

| | | | **Quantity Subtotal** | | **6.0** |

| Time Keeper | | Quantity | | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Anna Humnicky | | 6.0 | | $350.00 | $2,100.00 |
| | | | | **Subtotal** | **$2,100.00** |

## 22.00002-NEGAS/Professional Employment & Compensation

## Professional Employment & Compensation

| Date | Notes | Quantity | Attorney | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| 01/08/2019 | File Certificate of No Obj. #11 (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/09/2019 | Direct LTC re: service of certificate no objection (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/10/2019 | File Certificate of No Objection re: fee statement #12; direct LTC re: service of same (.2) | 0.20 | AMH | $350.00 | $70.00 |
| 01/23/2019 | Review/revise, finalize January bills (December time), including notice letter (.7); email to CPA re: same (.1). | 0.80 | AMH | $350.00 | $280.00 |
| 01/24/2019 | Email billing statement to notice parties (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/29/2019 | Review MMM statement, forward to client for review/ objection period (.1). | 0.10 | AMH | $350.00 | $35.00 |

| | | | **Quantity Subtotal** | | **1.4** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 1.4 | $350.00 | $490.00 |
| | | **Subtotal** | **$490.00** |

## 22.00003-NEGAS/Plan & Disclosure Statement

## Plan & Disclosure Statement

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 01/02/2019 | Emails w/client (.2) and call w/client re: request to extend exclusivity (.4); draft lengthy email to J. Holladay re: decision to see extension of exclusivity and need to confirm plan on 2/12 (.3); finalize file NOH and COS re: motion to extend exclusivity period to confirm plan (.4); direct LTC re: service of same (.1). | 1.40 | AMH | $300.00 | $420.00 |
| 01/17/2019 | Emails w/client re: status and plans to proceed with plan confirmation (.1). | 0.10 | AMH | $300.00 | $30.00 |
| 01/22/2019 | Emails w/client re: plan confirmation (.1). | 0.10 | AMH | $300.00 | $30.00 |
| 01/29/2019 | Begin to prepare for confirmation hearing including emails to client re: pre-hearing meeting (.3). | 0.30 | AMH | $300.00 | $90.00 |
| | | | **Quantity Subtotal** | | **1.9** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 1.9 | $300.00 | $570.00 |
| | | **Subtotal** | **$570.00** |

## 22.00008-NEGAS/Other Creditors

## Other Creditors

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 01/03/2019 | Emails w/client re: Paulding County Tax Commissioners alleged claim, failure to file proof of claim (.1) | 0.10 | AMH | $350.00 | $35.00 |
| 01/09/2019 | Call w/A. Repasky re: Dr. Ogunyemi/threatened litigation (.1); draft lengthy email to client/Dr. Holladay re: threatened litigation (.4). | 0.50 | AMH | $350.00 | $175.00 |

| 01/15/2019 | Emails w/client re: demand from taxing authority for pre-petition debt. | 0.10 | AMH | $350.00 | $35.00 |
| 01/24/2019 | Direct LTC re: change of address for creditor (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/25/2019 | Direct LTC re: change of address (.1); emails w/D. Taylor re: change in confirmation date, address for payment (.1). | 0.20 | AMH | $350.00 | $70.00 |
| 01/29/2019 | Emails w/creditor re: proposed payment options (.1). | 0.10 | AMH | $350.00 | $35.00 |
| | | **Quantity Subtotal** | | | **1.1** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 1.1 | $350.00 | $385.00 |
| | | **Subtotal** | **$385.00** |

## 22.00009-NEGAS/Medicare Audit/Appeal

### Medicare Audit/Appeal

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 01/23/2019 | Emails w/client re: recoupment in January (.1); follow up w/M. Schmergel re: confirmation (.1). | 0.20 | AMH | $350.00 | $70.00 |
| 01/24/2019 | Emails w/M. Schmergel re: final change to plan via confirmation order, plan to proceed with confirmation (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/25/2019 | Emails w/M. Schmergel re: plan confirmation/order (.1). | 0.10 | AMH | $350.00 | $35.00 |
| | | **Quantity Subtotal** | | | **0.4** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 0.4 | $350.00 | $140.00 |
| | | **Subtotal** | **$140.00** |

## 22.00010-NEGAS/Direct Expenses

### Direct Expenses

| Type | Date | Notes | Rate | Total |
|---|---|---|---|---|
| Expense | 01/02/2019 | Copies (300 x $0.10) | $30.00 | $30.00 |

| Expense | 01/02/2019 | Copies (30x $0.47) | | | $14.10 | $14.10 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| | | Subtotal | $44.10 |

| | | Quantity Total | 10.8 |
|---|---|---|---|
| | | Subtotal | $3,729.10 |
| | | Total | $3,729.10 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 34 | 06/20/2018 | $5,000.00 | $4,000.00 | $1,000.00 |
| 35 | 06/20/2018 | $245.00 | $196.00 | $49.00 |
| 40 | 06/20/2018 | $1,155.00 | $924.00 | $231.00 |
| 41 | 06/20/2018 | $35.00 | $28.00 | $7.00 |
| 69 | 06/26/2018 | $13,202.09 | $10,614.09 | $2,588.00 |
| 168 | 09/15/2018 | $22,840.73 | $17,500.04 | $5,340.69 |
| 198 | 10/05/2018 | $26,391.75 | $731.75 | $25,660.00 |
| 277 | 10/18/2018 | $19,397.51 | $82.51 | $19,315.00 |
| 352 | 11/08/2018 | $22,277.30 | $4,392.30 | $17,885.00 |
| 428 | 12/31/2018 | $9,997.47 | $0.00 | $9,997.47 |
| 548 | 01/15/2019 | $14,465.00 | $0.00 | $14,465.00 |
| 595 | 02/25/2019 | $9,376.16 | $0.00 | $9,376.16 |



**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 674 | 03/20/2019 | $3,729.10 | $0.00 | $3,729.10 |
| | | | **Outstanding Balance** | **$109,667.87** |
| | | | **Total Amount Outstanding** | **$109,667.87** |

Please make all amounts payable to: Small Herrin, LLP . If you wish to pay by credit card please visit our
website: https://www.smallherrin.com/online-payment/ or call our office for assistance.

# Small Herrin, LLP

2727 Paces Ferry Road; Building Two, Suite 200
Atlanta, Georgia 30339
Phone: (770) 783-1800
www.smallherrin.com

# INVOICE

Invoice # 731
Date: 02/25/2019
Due On: 04/30/2019

NEGAS
P.O. Box 80883
Athens, GA 30608

## 22.00001-NEGAS/Case Administration

## Case Administration

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 02/05/2019 | Emails w/US Trustee's Office re: quarterly fees (.1); emails w/US Trustee's Office re: ASC accounts (.1). | 0.20 | AMH | $350.00 | $70.00 |
| 02/06/2019 | Emails w/client re: US Trustee fees/payments, amt outstanding (.1). | 1.00 | AMH | $350.00 | $350.00 |
| 02/11/2019 | Follow up w/R. DeDeyn re: practice (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 02/12/2019 | Emails w/client and R. DeDeyn re: unsolicited interest in practice, analysis re: same (.2). | 0.20 | AMH | $350.00 | $70.00 |
| 02/12/2019 | Email to US Trustee re: February report (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 02/15/2019 | Handle various post-confirmation matters, including emails to client and other professionals re: entry of order; direct LTC re: service of order on certain post-petition creditors (.5) | 0.50 | AMH | $350.00 | $175.00 |
| | **Quantity Subtotal** | **2.1** | | | |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Anna Humnicky | 2.1 | $350.00 | $735.00 |
| | | **Subtotal** | **$735.00** |

## 22.00002-NEGAS/Professional Employment & Compensation

## Professional Employment & Compensation

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 02/12/2019 | Follow up with special counsel and CPA re: final fee applications and post-confirmation matters (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 02/13/2019 | Emails w/special counsel re: final fee application (.1). | 0.10 | AMH | $350.00 | $35.00 |
| | | | **Quantity Subtotal** | | **0.2** |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Anna Humnicky | 0.2 | $350.00 | $70.00 |
| | | **Subtotal** | **$70.00** |

## 22.00003-NEGAS/Plan & Disclosure Statement

## Plan & Disclosure Statement

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 02/01/2019 | Emails w/client re: plan confirmation matters (.1). | 0.10 | AMH | $300.00 | $30.00 |
| 02/04/2019 | Emails w/client re: confirmation matters (.1); call w/bank counsel re: confirmation matters (.4); call w/client re: confirmation matters (.8). | 1.30 | AMH | $300.00 | $390.00 |
| 02/05/2019 | Emails w/client re: confirmation matters (.1); locate forward list of contracts being assumed (.1); travel to/ from, attend hearing on motion to extend exclusivity period including discuss w/US Trustee's staff attorney re: confirmation matters (1.5). | 1.70 | AMH | $300.00 | $510.00 |
| 02/06/2019 | Emails w/client re: confirmation issues (.1). | 0.10 | AMH | $300.00 | $30.00 |
| 02/07/2019 | Draft confirmation order, send to applicable parties for review (1.3). | 1.30 | AMH | $300.00 | $390.00 |
| 02/08/2019 | Emails w/S. Haley re: post-petition creditors/possible admin claims (.1); review edits to order from CMS (.2); forward to other parties for review (.1); continue to work on ballot report including email to McKesson re: re-filing of ballot accepting plan and W/D of objection (2.5). | 2.90 | AMH | $300.00 | $870.00 |
| 02/11/2019 | Finalize and file report of ballots; email courtesy copy to Court (1.4); revise post-confirmation memo for client | 5.10 | AMH | $300.00 | $1,530.00 |

| | | | | | |
|---|---|---|---|---|---|
| | and draft client email re: 2/12 confirmation hearing and send report of ballots (.4); call w/client re: confirmation (.4); begin to prepare for confirmation hearing (.5); continue to prepare for confirmation including drafting outline of presentation (1.2); emails w/McKesson counsel re: revised ballot (.1); draft notice of filing ballot, finalize file same (.3); draft revised ballot report, finalize and file same (.6); analysis re: status of confirmation (.2). | | | | |
| 02/12/2019 | Final plan preparations including calls w/client (.3); travel to/from, attend client meeting and confirmation hearing, meeting with client after hearing as far as next steps in case (3.3); call w/client re: same and post-confirmation matters (.9); analysis re: outcome of hearing (.4); follow up with applicable parties re: confirmation order (.1). | 5.00 | AMH | $300.00 | $1,500.00 |
| 02/15/2019 | Finalize confirmation order, run comparison and send to applicable parties (.4); submit to Court for entry (.1). | 0.50 | AMH | $300.00 | $150.00 |

| | | | **Quantity Subtotal** | **18.0** |
|---|---|---|---|---|

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 18.0 | $300.00 | $5,400.00 |
| | | **Subtotal** | **$5,400.00** |

## 22.00008-NEGAS/Other Creditors

## Other Creditors

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 02/01/2019 | Review/analysis re: motion for relief filed by Dr. Ogunyemi/appropriate forum; email to client re: same (.2). | 0.20 | AMH | $350.00 | $70.00 |
| 02/04/2019 | Call w/bank counsel re: MRS by Dr. Oguyemi (.4). | 0.40 | AMH | $350.00 | $140.00 |
| 02/12/2019 | Calls from creditor, direct LTC re: same (.1); locate and send phone list to client for final values (.2). | 0.30 | AMH | $350.00 | $105.00 |
| 02/13/2019 | Emails w/client re: post-petition creditors/possible admin claimants (.1); review and analysis re: same and ask for addresses for those not on creditors matrix (.3); draft email to N. Hair w/Hall Booth, including proof of claim form (.3); emails w/client re: addresses for creditors (.1). | 0.80 | AMH | $350.00 | $280.00 |
| 02/15/2019 | Draft letter to A. Repasky re: need to file admin claim, request w/d of MRS (.6); research re: same (.3). | 0.90 | AMH | $350.00 | $315.00 |

|  | Quantity Subtotal | 2.6 |
|---|---|---|

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 2.6 | $350.00 | $910.00 |
|  |  | **Subtotal** | **$910.00** |

## 22.00010-NEGAS/Direct Expenses

### Direct Expenses

| Type | Date | Notes | Rate | Total |
|---|---|---|---|---|
| Expense | 02/11/2019 | Copies (434 x $0.10) | $43.40 | $43.40 |
| Expense | 02/11/2019 | Postage (31 x $0.65) | $20.15 | $20.15 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
|  |  | **Subtotal** | **$63.55** |

## 22.00011-NEGAS/Post-Confirmation

### Post-Confirmation

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
|  |  | **Subtotal** | **$0.00** |

|  | Quantity Total | 22.9 |
|---|---|---|
|  | **Subtotal** | **$7,178.55** |
|  | **Total** | **$7,178.55** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| 34 | 06/20/2018 | $5,000.00 | $4,000.00 | $1,000.00 |
| 35 | 06/20/2018 | $245.00 | $196.00 | $49.00 |
| 40 | 06/20/2018 | $1,155.00 | $924.00 | $231.00 |
| 69 | 06/26/2018 | $13,202.09 | $10,614.09 | $2,588.00 |
| 168 | 09/15/2018 | $22,840.73 | $18,322.73 | $4,518.00 |
| 198 | 10/05/2018 | $26,391.75 | $3,909.06 | $22,482.69 |
| 277 | 10/18/2018 | $19,397.51 | $82.51 | $19,315.00 |
| 352 | 11/08/2018 | $22,277.30 | $4,392.30 | $17,885.00 |
| 428 | 12/31/2018 | $9,997.47 | $0.00 | $9,997.47 |
| 548 | 01/15/2019 | $14,465.00 | $0.00 | $14,465.00 |
| 595 | 02/25/2019 | $9,376.16 | $0.00 | $9,376.16 |
| 674 | 03/20/2019 | $3,729.10 | $0.00 | $3,729.10 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 731 | 04/30/2019 | $7,178.55 | $0.00 | $7,178.55 |

|  |  |  | **Outstanding Balance** | **$112,814.97** |
|  |  |  | **Total Amount Outstanding** | **$112,814.97** |

Please make all amounts payable to: Small Herrin, LLP . If you wish to pay by credit card please visit our website:  https://www.smallherrin.com/online-payment/ or call our office for assistance.

# Small Herrin, LLP

2727 Paces Ferry Road; Building Two, Suite 200
Atlanta, Georgia 30339
Phone: (770) 783-1800
www.smallherrin.com

# INVOICE

Invoice # 410
Date: 11/09/2018
Due On: 12/31/2018

24 Amherst
P.O. Box 80883
Athens, GA 30608

## 24.00001-24 Amherst/Case Administration

## Case Administration

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 10/23/2018 | Analysis re: preparation of Aug/Sept MORs (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/24/2018 | Prepare August MOR for client review/approval (.3); prepare September MOR for client review/apprval (.3). | 0.60 | AMH | $350.00 | $210.00 |
| 10/25/2018 | Send MORs to client for review/approval (.1). | 0.10 | AMH | $350.00 | $35.00 |
| | | | | **Quantity Subtotal** | **0.8** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 0.8 | $350.00 | $280.00 |
| | | **Subtotal** | **$280.00** |

## 24.00003-24 Amherst/Plan & Disclosure Statement

## Plan & Disclosure Statement

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 10/02/2018 | Draft finalize and file COS for plan packet (.3). | 0.30 | AMH | $350.00 | $105.00 |

|  |  | Quantity Subtotal | 0.3 |
|---|---|---|---|

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 0.3 | $350.00 | $105.00 |
|  |  | Subtotal | $105.00 |

|  |  | Quantity Total | 1.1 |
|---|---|---|---|
|  |  | Subtotal | $385.00 |
|  |  | Total | $385.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 59 | 06/26/2018 | $595.00 | $0.00 | $595.00 |
| 257 | 10/05/2018 | $560.00 | $0.00 | $560.00 |
| 258 | 10/05/2018 | $175.00 | $0.00 | $175.00 |
| 261 | 10/18/2018 | $245.00 | $0.00 | $245.00 |
| 333 | 11/08/2018 | $251.60 | $0.00 | $251.60 |



### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 410 | 12/31/2018 | $385.00 | $0.00 | $385.00 |

| | |
|---|---|
| **Outstanding Balance** | **$2,215.01** |
| **Total Amount Outstanding** | **$2,215.01** |

Please make all amounts payable to: Small Herrin, LLP . If you wish to pay by credit card please visit our website: https://www.smallherrin.com/online-payment/ or call our office for assistance.

# Small Herrin, LLP

2727 Paces Ferry Road; Building Two, Suite 200
Atlanta, Georgia 30339
Phone: (770) 783-1800
www.smallherrin.com

# INVOICE

Invoice # 486
Date: 12/05/2018
Due On: 01/15/2019

24 Amherst
P.O. Box 80883
Athens, GA 30608

## 24.00001-24 Amherst/Case Administration

## Case Administration

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 11/08/2018 | Finalize and file MORS for August/September (.3). | 0.30 | AMH | $350.00 | $105.00 |
| 11/16/2018 | Emails w/client re: October MOR (.1); begin to prepare same (.1). | 0.20 | AMH | $350.00 | $70.00 |
| | | | | Quantity Subtotal | 0.5 |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Anna Humnicky | 0.5 | $350.00 | $175.00 |

| | |
|---|---|
| Quantity Total | 0.5 |
| Subtotal | $175.00 |
| Total | $175.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 59 | 06/26/2018 | $595.00 | $0.00 | $595.00 |
| 257 | 10/05/2018 | $560.00 | $0.00 | $560.00 |
| 261 | 10/18/2018 | $245.00 | $0.00 | $245.00 |
| 410 | 12/31/2018 | $385.00 | $0.00 | $385.00 |



**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 486 | 01/15/2019 | $175.00 | $0.00 | $175.00 |

| | | | Outstanding Balance | $1,964.14 |
|---|---|---|---|---|
| | | | Total Amount Outstanding | $1,964.14 |

Please make all amounts payable to: Small Herrin, LLP . If you wish to pay by credit card please visit our website: https://www.smallherrin.com/online-payment/ or call our office for assistance.

# Small Herrin, LLP

2727 Paces Ferry Road; Building Two, Suite 200
Atlanta, Georgia 30339
Phone: (770) 783-1800
www.smallherrin.com

# INVOICE

Invoice # 654
Date: 02/19/2019
Due On: 03/20/2019

24 Amherst
P.O. Box 80883
Athens, GA 30608

## 24.00001-24 Amherst/Case Administration

## Case Administration

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 01/07/2019 | Prepare October and November MORs (.3); send to client for review/approval (.1). | 0.40 | AMH | $350.00 | $140.00 |
| 01/08/2019 | File Oct/Nov MORs (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/29/2019 | Work on December operating report (.5); finalize and send to client for review/approval and signature (.1). | 0.60 | AMH | $350.00 | $210.00 |

**Quantity Subtotal**    **1.1**

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Anna Humnicky | 1.1 | $350.00 | $385.00 |

**Quantity Total**    **1.1**

**Subtotal**    **$385.00**

**Total**    **$385.00**

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 59 | 06/26/2018 | $595.00 | $0.00 | $595.00 |
| 257 | 10/05/2018 | $560.00 | $0.00 | $560.00 |
| 261 | 10/18/2018 | $245.00 | $0.00 | $245.00 |
| 410 | 12/31/2018 | $385.00 | $0.00 | $385.00 |
| 486 | 01/15/2019 | $175.00 | $0.00 | $175.00 |





### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 654 | 03/20/2019 | $385.00 | $0.00 | $385.00 |
| | | | **Outstanding Balance** | **$2,350.60** |
| | | | **Total Amount Outstanding** | **$2,350.60** |

Please make all amounts payable to: Small Herrin, LLP . If you wish to pay by credit card please visit our website: https://www.smallherrin.com/online-payment/ or call our office for assistance.

# Small Herrin, LLP

2727 Paces Ferry Road; Building Two, Suite 200
Atlanta, Georgia 30339
Phone: (770) 783-1800
www.smallherrin.com

# INVOICE

Invoice # 498
Date: 12/05/2018
Due On: 01/15/2019

Holladay Holdings
P.O. Box 80883
Athens, GA 30608

## 26.00001-Holladay Holdings/Case Administration

## Case Administration

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 11/08/2018 | Finalize & file MORS for August/September (.3). | 0.30 | AMH | $350.00 | $105.00 |
| 11/15/2018 | Emails w/client re: October MOR (.1); begin to prepare same (.1). | 0.20 | AMH | $350.00 | $70.00 |
| | | **Quantity Subtotal** | | | **0.5** |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Anna Humnicky | 0.5 | $350.00 | $175.00 |

| | | |
|--|--|--|
| **Quantity Total** | | **0.5** |
| **Subtotal** | | **$175.00** |
| **Total** | | **$175.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 66 | 06/26/2018 | $700.00 | $0.00 | $700.00 |
| 259 | 10/05/2018 | $560.00 | $0.00 | $560.00 |
| 271 | 10/18/2018 | $245.00 | $0.00 | $245.00 |
| 422 | 12/31/2018 | $415.00 | $0.00 | $415.00 |



## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 498 | 01/15/2019 | $175.00 | $0.00 | $175.00 |
| | | | Outstanding Balance | $2,099.88 |
| | | | Total Amount Outstanding | $2,099.88 |

Please make all amounts payable to: Small Herrin, LLP .  If you wish to pay by credit card please visit our website:  https://www.smallherrin.com/online-payment/ or call our office for assistance.

# Small Herrin, LLP

2727 Paces Ferry Road; Building Two, Suite 200
Atlanta, Georgia 30339
Phone: (770) 783-1800
www.smallherrin.com

# INVOICE

Invoice # 422
Date: 11/09/2018
Due On: 12/31/2018

Holladay Holdings
P.O. Box 80883
Athens, GA 30608

## 26.00001-Holladay Holdings/Case Administration

## Case Administration

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 10/23/2018 | Analysis re: preparation of Aug/Sept MORs (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 10/24/2018 | Prepare August MOR for client review/approval (.3); prepare September MOR for client review/apprval (.3). | 0.60 | AMH | $350.00 | $210.00 |
| 10/25/2018 | Send MORs to client for review/approval (.1). | 0.10 | AMH | $350.00 | $35.00 |
| | | | | **Quantity Subtotal** | **0.8** |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Anna Humnicky | 0.8 | $350.00 | $280.00 |
| | | **Subtotal** | **$280.00** |

## 26.00002-Holladay Holdings/Plan & Disclosure Statement

## Plan & Disclosure Statement

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 10/02/2018 | Draft finalize and file COS for plan packet (.3). | 0.30 | AMH | $350.00 | $105.00 |

|  | Quantity Subtotal | 0.3 |
|---|---|---|

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 0.3 | $350.00 | $105.00 |
|  |  | Subtotal | $105.00 |

## 26.00006-Holladay Holdings/Professional Employment and Compensation

### Professional Employment and Compensation

| Date | Notes | Quantity | Attorney | Rate | Total |
|---|---|---|---|---|---|
| 10/30/2018 | Emails w/client re: leasing out of space in Dalton (.1). | 0.10 | AMH | $300.00 | $30.00 |
|  |  | Quantity Subtotal | 0.1 |  |  |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Anna Humnicky | 0.1 | $300.00 | $30.00 |
|  |  | Subtotal | $30.00 |

|  | Quantity Total | 1.2 |
|---|---|---|
|  | Subtotal | $415.00 |
|  | Total | $415.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 66 | 06/26/2018 | $700.00 | $0.00 | $700.00 |
| 128 | 08/31/2018 | $270.00 | $0.00 | $270.00 |
| 259 | 10/05/2018 | $560.00 | $0.00 | $560.00 |
| 260 | 10/05/2018 | $245.00 | $0.00 | $245.00 |

| 271 | 10/18/2018 | $245.00 | $0.00 | $245.00 |
| 345 | 11/08/2018 | $251.30 | $0.00 | $251.30 |

| Original Invoice | Due On | Amount Due | | Balance Due |
| --- | --- | --- | --- | --- |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 422 | 12/31/2018 | $415.00 | $0.00 | $415.00 |
| | | | **Outstanding Balance** | **$2,690.32** |
| | | | **Total Amount Outstanding** | **$2,690.32** |

Please make all amounts payable to: Small Herrin, LLP . If you wish to pay by credit card please visit our website: https://www.smallherrin.com/online-payment/ or call our office for assistance.

# Small Herrin, LLP

2727 Paces Ferry Road; Building Two, Suite 200
Atlanta, Georgia 30339
Phone: (770) 783-1800
www.smallherrin.com

# INVOICE

Invoice # 667
Date: 02/19/2019
Due On: 03/20/2019

Holladay Holdings
P.O. Box 80883
Athens, GA 30608

## 26.00001-Holladay Holdings/Case Administration

## Case Administration

| Date | Notes | Quantity | Attorney | Rate | Total |
|------|-------|----------|----------|------|-------|
| 01/07/2019 | Prepare October and November MORs (.6); send to client for review/approval (.1). | 0.70 | AMH | $350.00 | $245.00 |
| 01/08/2019 | File Oct/Nov MORs (.1). | 0.10 | AMH | $350.00 | $35.00 |
| 01/29/2019 | Work on December operating report (.8); finalize and send to client for review/approval and signature (.1); emails w/client re: real estate taxes (.1). | 1.00 | AMH | $350.00 | $350.00 |
| 01/30/2019 | Emails w/client re: real property taxes (.1). | 0.10 | AMH | $350.00 | $35.00 |
| | | **Quantity Subtotal** | | | **1.9** |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Anna Humnicky | 1.9 | $350.00 | $665.00 |

| | | |
|---|---|---|
| **Quantity Total** | | **1.9** |
| **Subtotal** | | **$665.00** |
| **Total** | | **$665.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 66 | 06/26/2018 | $700.00 | $0.00 | $700.00 |
| 259 | 10/05/2018 | $560.00 | $0.00 | $560.00 |
| 271 | 10/18/2018 | $245.00 | $0.00 | $245.00 |
| 422 | 12/31/2018 | $415.00 | $0.00 | $415.00 |
| 498 | 01/15/2019 | $175.00 | $0.00 | $175.00 |





### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 667 | 03/20/2019 | $665.00 | $0.00 | $665.00 |
| | | | **Outstanding Balance** | **$2,766.60** |
| | | | **Total Amount Outstanding** | **$2,766.60** |

Please make all amounts payable to: Small Herrin, LLP .  If you wish to pay by credit card please visit our website:  https://www.smallherrin.com/online-payment/ or call our office for assistance.

## SUMMARY OF FEES - BY PROJECT

## NORTHEAST GEORGIA ANESTHESIA SERVICES, INC.

### CASE ADMINISTRATION

| ATTORNEY/PARALEGAL | HOURS | TOTAL |
|---|---|---|
| Anna M. Humnicky | 21.1 | $7,385.00 |
| Karla L. Lemons (Paralegal) | .3 | $    45.00 |
| **TOTAL** | **21.4** | **$7,430.00** |

### PROFESSIONAL EMPLOYMENT & COMPENSATION

| ATTORNEY | HOURS | TOTAL |
|---|---|---|
| Anna M. Humnicky | 13.5 | $4,725.00 |
| **TOTAL** | **13.5** | **$4,725.00** |

### PINNACLE BANK

| ATTORNEY | HOURS | TOTAL |
|---|---|---|
| Anna M. Humnicky | 7.4 | $2,590.00 |
| **TOTAL** | **7.4** | **$2,590.00** |

### OTHER CREDITORS

| ATTORNEY | HOURS | TOTAL |
|---|---|---|
| Anna M. Humnicky | 10.0 | $3,500.00 |
| Anna M. Humnicky/$300 | 1.2 | $   360.00 |
| **TOTAL** | **11.2** | **$3,860.00** |

### MCKESSON CORPORATION

| ATTORNEY | HOURS | TOTAL |
|---|---|---|
| Anna M. Humnicky | 4.7 | $1,645.00 |
| **TOTAL** | **4.7** | **$1,645.00** |

| LANDLORDS | | |
|---|---|---|

| ATTORNEY | HOURS | TOTAL |
|---|---|---|
| Anna M. Humnicky | 5.2 | $1,820.00 |
| **TOTAL** | **5.2** | **$1,820.00** |

| MEDICARE AUDIT/APPEAL | | |
|---|---|---|

| ATTORNEY | HOURS | TOTAL |
|---|---|---|
| Anna M. Humnicky | 13.4 | $4,690.00 |
| **TOTAL** | **13.4** | **$4,690.00** |

| PLAN & DISCLOSURE STATEMENT | | |
|---|---|---|

| ATTORNEY/PARALEGAL | HOURS | TOTAL |
|---|---|---|
| Gus H. Small | 2.4 | $ 1,200.00 |
| Anna M. Humnicky/$300 | 55.3 | $16,590.00 |
| Karla L. Lemons (Paralegal) | .2 | $     30.00 |
| **TOTAL** | **57.9** | **$17,820.00** |

**TOTAL HOURS**                          **134.7**
**TOTAL FEES**                           **$44,580.00**

**24 AMHERST, LLC**

| CASE ADMINISTRATION |
| --- |

| ATTORNEY/PARALEGAL | HOURS | TOTAL |
| --- | --- | --- |
| Anna M. Humnicky | 2.4 | $ 840.00 |
| **TOAL** | **2.4** | **$ 840.00** |

| PLAN & DISCLOSURE STATEMENT |
| --- |

| ATTORNEY | HOURS | TOTAL |
| --- | --- | --- |
| Anna M. Humnicky | .3 | $105.00 |
| **TOTAL** | **.3** | **$105.00** |

**TOTAL HOURS**            2.7
**TOTAL FEES**             $945.00

### HOLLADAY HOLDINGS, LLC

| CASE ADMINISTRATION | | |
|---|---|---|

| ATTORNEY | HOURS | TOTAL |
|---|---|---|
| Anna M. Humnicky | 3.2 | $1,120.00 |
| **TOTAL** | **3.2** | **$1,120.00** |

| PROFESSIONAL EMPLOYMENT & COMPENSATION | | |
|---|---|---|

| ATTORNEY | HOURS | TOTAL |
|---|---|---|
| Anna M. Humnicky/$300 | .1 | $  30.00 |
| **TOTAL** | **.1** | **$   30.00** |

| PLAN & DISCLOSURE STATEMENT | | |
|---|---|---|

| ATTORNEY | HOURS | TOTAL |
|---|---|---|
| Anna M. Humnicky | .3 | $105.00 |
| **TOTAL** | **.3** | **$105.00** |

**TOTAL HOURS**                           3.6
**TOTAL FEES**                            **$1,255.00**

# APPENDIX "C"

## SUMMARY OF RECORDED TIME AND HOURLY RATES

## NORTHEAST GEORGIA ANESTHESIA SERVICES, INC.

| Attorney/Paralegal | Time (Hours) | Customary Hourly Rate | Requested Amount |
|---|---|---|---|
| Gus H. Small | 2.4 | $500.00 | $  1,200.00 |
| Anna M. Humnicky | 75.3 | $350.00 | $26,355.00 |
| Anna M. Humnicky[1] | 56.5 | $300.00 | $16,950.00 |
| Karla L. Lemons (Paralegal) | .5 | $150.00 | $      75.00 |
| | | | |
| TOTAL | 134.7 | | $44,580.00 |

## 24 AMHERST, LLC

| Attorney | Time (Hours) | Hourly Rate | Amount |
|---|---|---|---|
| Anna M. Humnicky | 2.7 | $350.00 | $  945.00 |
| | | | |
| TOTAL | 2.7 | | $  945.00 |

---

[1] Ms. Humnicky's time was inadvertently billed at $300.00 per hour in certain matters in NEGAS and HHL, rather than her customary rate of $350.00 per hour. Applicant is not requesting any additional amounts be paid related to this error.

## HOLLADAY HOLDINGS, LLC

| Attorney/Paralegal | Time (Hours) | Hourly Rate | Amount |
|---|---|---|---|
| Anna M. Humnicky | 3.5 | $350.00 | $1,225.00 |
| Anna M. Humnicky | .1 | $300.00 | $    30.00 |
| TOTAL | 3.6 | | $1,255.00 |

## APPENDIX "D"
## SUMMARY OF EXPENSES

### NORTHEAST GEORGIA ANESTHESIA SERVICES, INC.

| EXPENSE | TOTAL |
|---|---|
| Postage | $  48.82 |
| Copies | $101.30 |
| Fed Ex | $  16.16 |
| **TOTAL** | **$166.28** |

## APPENDIX "E"
## STATEMENT REQUIRED BY 11 U.S.C. § 504 AND BANKRUPTCY RULE 2016

Anna M. Humnicky and Small Herrin, LLP ("Applicant"), have served as bankruptcy counsel for Debtors from April 1, 2018 to February 15, 2019, and make this Application for allowance of compensation for professional services rendered to Debtors pursuant to the Orders authorizing Ms. Humnicky's prior firm's retention and the related substitution of counsel.  All services for which compensation is requested were performed pursuant to said Orders and not on behalf of creditors or any other person or persons.

Applicant shows that interim compensation has previously been awarded Applicant from the Estate, as follows: $106,365.00, and reimbursement of related, necessary expenses in the sum of $6,018.39, incurred by Applicant as bankruptcy counsel for Northeast Anesthesia Services, Inc. ("Northeast"), during the period April 1, 2018, through and including September 30, 2018; $2,135.00, and reimbursement of related, necessary expenses in the sum of $6.30, incurred by Applicant as bankruptcy counsel for 24 Amherst, LLC, during the period April 1, 2018, through and including September 30, 2018; and $2,265.00, and reimbursement of related, necessary expenses in the sum of $6.60, incurred by Applicant as bankruptcy counsel for HHL during the period April 1, 2018, through and including September 30, 2018. Applicant has received $44,000.00 from Northeast, pursuant to terms of the Professional Fee Order and the Order approving the First Interim Fee Application. No compensation from any other source, other than Northeast for the payment of its fees and expenses. Compensation awarded by the Court will be shared only by partners and regular associates of the law firm.

# VERIFICATION

Pursuant to 28 U.S.C. § 1746, the undersigned does hereby declare under the penalty of perjury under the laws of the United States of America that the statements contained below and herein are true and correct. The undersigned states that she is an attorney with the law firm of Small Herrin LLP, and her wholly owned entity, HAM Atlanta, LLC, is a partner of Small Herrin, LLP, and that the annexed Application and Appendices A through E are true to the best of her knowledge and belief.

This 11th day of March 2019.

_____/s/ Anna M. Humnicky_____
Anna M. Humnicky, sole member of
HAM Atlanta, LLC, partner of
Small Herrin, LLP

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

IN RE:

NORTHEAST GEORGIA
ANESTHESIA SERVICES, INC.
d/b/a ANCORA PAIN RECOVERY,
24 AMHERST, LLC, and
HOLLADAY HOLDINGS, LLC,

      Debtors.

CHAPTER 11

CASE NO. 17-22189-JRS

CASE NO. 17-22188-JRS
CASE NO. 17-22190-JRS

*JOINTLY ADMINISTERED
UNDER CASE NO.* **17-22189-JRS**

## CERTIFICATE OF SERVICE

I, Anna M. Humnicky, certify that I am over the age of 18 and that: A) on March 11, 2019, I filed and served copies of the **FINAL APPLICATION FOR COMPENSATION FOR SMALL HERRIN, LLP, AS BANKRUPTCY COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**, on the parties listed in Exhibit A, by using the Bankruptcy Court's Electronic Case Filing program which sends a notice of the above-listed document and an accompanying link to the document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program, as indicated in Exhibit A; and B) on March 11, 2019, I served copies of the aforementioned document via First Class U.S. Mail, with adequate postage pre-paid, on the parties, as indicated in Exhibit A.

Dated: March 11, 2019.

By: /s/ Anna M. Humnicky
    Anna M. Humnicky
    Georgia Bar No. 377850

2727 Paces Ferry Rd.
Building 2, Suite 200
Atlanta, GA 30339
(770) 857-4770
ahumnicky@smallherrin.com

# EXHIBIT A

| | |
|---|---|
| Northeast Georgia Anesthesia Services, Inc.<br>c/o Shannon Haley<br>P.O. Box 80883<br>Athens, GA 30608 | Holladay Holdings, LLC<br>c/o Shannon Haley<br>P.O. Box 80883<br>Athens, GA 30608 |
| 24 Amherst, LLC<br>c/o Shannon Haley<br>P.O. Box 80883<br>Athens, GA 30608 | David C. Whitridge, Esq.<br>Thompson, O'Brien, Kemp & Nasuti, PC<br>40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092<br>Via CM/ECF – Dwhitridge@tokn.com |
| David S. Weidenbaum, Esq.<br>Office of U.S. Trustee<br>362 Richard Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Via CM/ECF –<br>David.S.Weidenbaum@usdoj.gov | Jeffrey K. Garfinkle, Esq.<br>Buchalter, PC<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612<br>Via CM/ECF -<br>jgarfinkle@buchalter.com |
| James W. Hays, Esq<br>Hays Potter & Martin, LLP<br>Suite 300<br>3945 Holcomb Bridge Rd.<br>Peachtree Corners, GA 30092<br><br>Via CM/ECF - beau@hpmlawatl.com;<br>james.w.hays@gmail.com | |